LODGED

FILED
CLERK, U.S. DISTRICT COURT

10/18/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

NO CV30
N/S

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

2021 SEP 17 PM 3: 24

# UNITED STATES DISTRICT COURT
for the

Central District of California

Eastern Division

JGB(KKx)

|  | ) | Case No. | **5:21-cv-01597 UA** |
|---|---|---|---|
|  | ) |  | *(to be filled in by the Clerk's Office)* |
| **Hideyuki Kimura** | ) |  |  |
| *Plaintiff(s)* | ) |  |  |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Jury Trial: *(check one)* ☐ Yes ☐ No |  |
|  | ) |  |  |
|  | ) |  |  |
|  | ) |  |  |
|  | ) |  |  |
| **Federal Aviation Administaration** | ) |  |  |
| *Defendant(s)* | ) |  |  |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |  |  |
|  | ) |  |  |

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Hideyuki Kimura |
| Street Address | 2-6-19 Yonegahama-Dori |
| City and County | Yokosuka city |
| State and Zip Code | Kanagawa Japan 238-0011 |
| Telephone Number | 050-3575-7110 |
| E-mail Address | avitwit@gmail.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Federal Aviation Administaratrion |
| Job or Title *(if known)* | Litigation & General Law Division |
| Street Address | 800 Independence Avenue, SW |
| City and County |  |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| | |
|---|---|
| State and Zip Code | Washington, DC 20591 |
| Telephone Number | 202-267-0504 |
| E-mail Address *(if known)* | Russell.Christensen@faa.gov |

Defendant No. 2
Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3
Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4
Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*
☑ Federal question            ☐ Diversity of citizenship

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Code of Federal Resulations Title 14 Aeronautics and Space
U.S. Department of Transportation Federal Aviation Administaratrion Order JO 7110.65Y
Civil code : Infringment, Defamation, Libel, Racism, Discrimination, Prejudice against national origin
Criminal cade : Tamparing restricted data, Mischeif, Misconduct, Negligence, Hiding, Conspiracy

The plaintiff has not been in U.S. since 2016.
The statute of limitation is stoping, because the plaintiff has been force to live out of jurisdiction.

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

    a.   If the plaintiff is an individual
       The plaintiff, *(name)* _____ , is a citizen of the
       State of *(name)* _____ .

    b.   If the plaintiff is a corporation
       The plaintiff, *(name)* _____ , is incorporated
       under the laws of the State of *(name)* _____ ,
       and has its principal place of business in the State of *(name)*
       _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

    a.   If the defendant is an individual
       The defendant, *(name)* _____ , is a citizen of
       the State of *(name)* _____ . Or is a citizen of
       *(foreign nation)* _____ .

    b.   If the defendant is a corporation
       The defendant, *(name)* _____ , is incorporated under
       the laws of the State of *(name)* _____ , and has its
       principal place of business in the State of *(name)* _____ .
       Or is incorporated under the laws of *(foreign nation)* _____ ,
       and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The basis for the calculation of damages compensation and consolation is the monetary penalty $ 1437 / EACH DAY calculated by Lisa Toscano on July 7, 2017. January 8th, 2016 pay $ 1437 daily between being falsely accused at Chino Airport and paying after the trial is over. Late damages impose statutory interest rates.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

In the evening of January 8, 2016 Cessna 172 N54680 flight at Chino Airport was no problem, but according to FAA inspector Anthony Wood and legal officer Lisa Toscano, ATC controllers Brian Schimpf and Brian Johnson reported MID AIR COLLISION with N166TW. On January 10th, plaintiff flew at the same airport and same area in the afternoon and crossed the final approach course within the Chino Tower airspace. This is due to the controll of ATC, and the most important cross-final audio is deleted for 15 seconds with noise. There is no sound that can be heard at a glance, and Japanes acoustic expert proves that there is no data. It has also been proved that there is no data completely even with waveform software, and the data disappears from the contents of the conversation. Plaintiff have appealed on AUDIO CUT, UNNATURAL SILENT since Anthony Wood emailed Audio and Radar Tracking Recordings MP4 in September 2016, and so far more than 1000 emails have sent MP4 to thousand of FAA staff. I sent back the deleted MP4 data, but there is no answer from anyone. I also informed FAA enforcement Lisa Toscano and Adam Runkel, but dispose of it based on the deleted MP4 data. NTSB ALJ staff Robert Combs and ALJ Alfonso Monteo made DISMISS APEAL knowing the plaintiff's allegations. FAA enforcement chief council Naomi Tsuda did not even confirm the evidence sent by the plaintiffs. Nate Purdy and Larry Arima at the US Embassy in Japan refused to take any action by order from U.S. . FAA audio and certification branch did not work at all. Since December 2018, there have been no responses to any emails. Victor Luke of Los Angeles attorney NOTICE to FAA at SF95 at the end of 2020, but did nothing else and even 9 months later he doesn't even start a complaint draft. We are considering compensation for damages to him. Therefore, the plaintiff decided to prepare the complaint myself and submit it to the court. Defendant destroyed one of the two evidences and the other edited and erased. Admit crimes with no evidence, return plaintiff's certificate, rescover plaintiff's honor, and accept compensation. The court should promptly accept the complaint and begin the hearing.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff is the author of Airplane Flying Instruction Book that FAA's instruction are wrong. Plaintiff's contents of book that points out, criticizes, and completely clean up FAA's error greatly. It's not unnatural for FAA to dislike this author and distract. The data on January 8, 2016 has been discarded and has not been submitted, and the most important part of the data on January 10 has been completely erased. Nevertheless, FAA forcibly disposed of. There is a special motive. FAA has not responded at all, although it has been appealing for data erasure for a total of more than 5 years. Although the period of disposal is reexamination, there is no answer to the inquiry for reexamaniation. Plaintiff is Asian, foreigner and excellent pilot and also a leader in Aviation. FAA falsified Audio and Radar Tracking Recordings MP4 data and dispose of pilot certificate to surpress the plaintiff's activities. It's like a Inquisition for absentia, after which FAA continues to ignore until today. It is to destroy the trust of the US administration, it's a terrible Negeligence. The same is true of the US judicial, if not trial. Basis for calculating Compensation for damages

1. On July 7 2017, Lawndate legal officer Lisa Toscano ordered to take monetary penalty $1437 each day. Plaintiff will charge the dominant one $1437 each day. Minor criminals are commutation. 15 people are felony and others minior criminals. Today, over 2070 days had passed since Jan 8 2016. The felony must pay 3 million US doller. $ 3 million × 15 people = $ 4.5 billon

2. All FAA staff must pay 1% of everyone's annual income. Because this case is organized crime by all FAA. The number of FAA staff are 45,000 people. The burden on one person is small, but the total amount is huge. If FAA staff average annual income is $ 35,000, 1% is $ 350 Multiply by 45,000 people for a total $ 15,750,000. Total $ 15,750,000 × 6 year  =  $94,500,000

3. If I got Aviation job in US from 2016. I must make a money for Flight Instructor or Airline Crew. The estinate annual income are $150000 or 200000 at least. My age was 46 years old, the retirement age is 65, so FAA must pay for 19 years. Now 51 years old, airline crew is difficult for hired at age. It is the smallest in terms of money. $200000 ×19 years = $ 3,800,000

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case−related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          August 23 2021

Signature of Plaintiff

Printed Name of Plaintiff       Hideyuki  Kimura

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Street Address  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____

Augast 23,2021

United States of America
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Hideyuki Kimura,

        Complaint,

    VS

FAA,

        Respondant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PETITION FOR RETRIAL ILLEGAL CERTIFICATE DISPOSITION

**Hideyuki Kimura**
**2-6-19 Yonegahama-Dori**
**Yokosuka Kanagawa**
**238-0011   Japan**

**Federal Aviation Administration**
Litigation & General Law Division
800 Independence Avenue, SW
Washington, DC 20591

## The summary of fact :

1. Around 17:00 on January 8th, 2016, the plaintiff's flight at Chino Airport was a safe flight with passenger Naoto Kato, but Riverside Inspector Anthony Wood, Lawndale's Legal Officer Lisa Toscano. According to the report, Chino Airport ATC CONTROLLERS Brian Schimpf and Brian Johnson are reporting a Mid Air Collision with the traffic N166TW on board Nick Patel.

  Scan_2017_07_28_09_44_07_596.pdf   (2017-7-28)

2.This report is a complete fake, with Nick Patel being located in the downwind of 26 RIGHT, which is closest to the Tower, not Runway 26 LEFT. Controllers and Nick Patel testified, and Kato and other traffic testified or uncertain, but the testimony and reports are a quarrel of the Chino family.

**3. Audio and Radar Tracking Recordings MP4 data recording this flight was never submitted by FAA, and the testimony of Chino's controller and Nick Patel was filed without physical evidence. Mid Air Collision has not been proven with video or audio evidence.**

  Gmail -ANTHONY WOOD.pdf   (2016-10-13)

**4. At around 13:00 on January 10th, 2016, passengers Nishiyama and Kato returned to Chino Airport from the same area as on January 8th. It continued to request runway 26LEFT, and landing clearance was**

also issued at 26LEFT. At the time of the closest approach to the runway, the controller suddenly changed the runway to 26RIGHT, and the crossfinal was unstoppable. Since it was a very dangerous timing, the altitude that had descended to 1200ft was climbed to 1300ft pilot discration . During the cross-final,  the plaintiff's naturally gave a response callback VOICE, but that part was erased and ATC made a false cahrge as if the plaintiff had suddenly cross-finaled.

Audio and Radar Tracking Recordings MP4

5. The most important part of the January 10th Audio and Radar Tracking Recordings MP4 data has disappeared. At 4 minutes and 52 seconds, the controller suddenly changed the runway to 26RIGHT with "Cleared to Land Runway 26RIGHT, Right Pattern" for 54680, and the VOICE disappeared. After that, the same controller urged "2835E Vector to Chino Tower" and 2835E to unnecessarily vector, and 2835E was surely responding. After that response, the plaintiff-operated 54680 responded to the runway change with "Make Right turn, Cleared to Land Runway 26RIGHT, Right Patter." 2835E make a voice 100% follow the ATC rules.

Audio and Radar Tracking Recordings MP4

6. However, this most important part of the audio has been erased to noise. Despite the fact that 2835E has been proven to be responsive from the content of the conversation, and the largest Japanese acoustic laboratories, digital forensics, and data recovery companies have proved that the data has disappeared to noise. Despite this, FAA dismissed the plaintiff's certificate using this MP4 data as evidence, even though the waveform software could confirm the sound disappearance for a total of 15 seconds.

Japanese Acoustic Lab, Data Salvage audio data analysis estimate NCH software WAVEPAD waveform screenshots

7. Audio and Radar Tracking Recordings The sound loss of MP4 data at 7 minutes and 15 seconds also proves that voice exists from the content of the conversation. The controller issued a landing clearance to 26 RIGHT, and the plaintiff responded without using CLEARED phraseology to alert the controller. In addition, the controller issued a landing clearance to 26 RIGHT in a different phraseology , and responded with a loud voice saying "Cleared to Land Runway 26RIGH -----------T" to leave a footprint as a trace. This audio has been erased. Acoustic experts have also proven that this part of the sound disappears. Since the controller was listening to the plaintiff's "Cleared

to Land Runway 26RIGH ---------- T", issued a landing clearance to the following aircraft, but the sound of that part disappeared to the noise.

Audio and Radar Tracking Recordings MP4

8. Immediately after the erased part, the controller issued a landing clearance to 285 without hesitation. It is 100% impossible to issue a landing clearance to the following aircraft 285, despite the lack of a response from 54680. Did FAA confirm other ATC CONTROLLERS unrelated to the case the content of this communication? If confirmed, all controllers testified that the content of the conversation was unnatural, and that there was a pilot's response callback VOICE for the sound disappearance after 5 minutes 00 seconds and after 7 minutes 15 seconds.

9. What are the thoughts of FAA officials who never suspected ATC CONTROLLERS's destruction in spite of such obvious data destruction and data loss? The Data loss of Audio and Radar Tracking Recordings MP4 is very dengerous timing that may collide with 193CA and 111YZ. Detecting the danger, the Plaintiffs have climbed before the controller's instructions.

10. Plaintiffs climbed from 1200ft to 1500ft, however 1400ft is a strange display of 000. It is highly possible that the controller intentionally changed the display of the transponder. Normally, ATC should not switch Radar images in such a situation and the state is saved as it is.

11. It would be a serious crime if  ATC CONTROLLERS deliberately cross-finalized the plaintiff, but even if ATC CONTROLLERS accidentally cross-finaled it. ATC CONTROLLERS would have falsely accused the victim who might have died in the collision. It is an unforgivable crime. FAA have been surpressed, ignored more than 1000 innocent complaints. Plaintiffs have been dishonor for more than 5 years and endured insults.

12. In September 2016, 9 months after Chino ATC CONTROLLERS reported the fake event, Inspector Anthony Wood finally sent the January 10th Audio and Radar Tracking Recordings MP4. The plaintiff continued to insist on Cut Audio, Unnatural silence from the day it was sent, and sound experts also proved that the sound had disappeared. But in October Inspector Wood said, "The audio tape is original audio tape and nothing has been deleted or edited. " In addition, "There is no radar data to provide to you for the event on January 8th, 2016," and Wood plainly announced that there was no evidence data for January 8th. After claims for data erasure on

**January 10th, he went back to the date and proceeded to dispose of the data on January 8th, saying that there is no radar data to provide to you. Finaly, he sent a revocation letter. It is proof that he was anger.**
**Gmail -ANTHONY WOOD.pdf** （2016-9-9) (2016-10-5) (2016-10-13)
**Letter to Mr. Kimura dated Sep 9 2016.pdf**
**Kimura email 9-10-2016.docx**
**Letter to Mr. Kimura Concerning Revocation-Oct 7 2016.pdf**

**13. Anthony Wood must have an Audio expert investigate and analyze at this point, but there are no expert resaerchs. If any, he should have notified the plaintiff.**

14. Plaintiffs continued to inform FAA officials of the fact that one of the MP4 data had not been submitted and the other had been erased, sent back the MP4 data and requested a re-investigation. However, FAA officials did not accept at all, and despite the voice erasure, decided that the plaintiff's testimony was impossible  and decided to dispose of Chino's testimony as 100% credible.

**Gmail -LISA TOSCANO LT1-LT6** (2017-7-10)
**Gmail - Adam Runkel.pdf** （2017-8-15)
**OCN-ROBERT V. COMBS RC1-RC10** （2018-2-5)
**Gmail - NAOMI TSUDA.pdf** （2018-12-1)

15. The January 8th and 10th events have only a two-day time lag, and the controller created SCAN report on the 14th, so no time has passed during 8th and 10th reports. It cannot be said that there is a memory error in. It has also been proved that the voice of the conversation was in the lost part of the MP4 data and was heard by ATC CONTROLLERS. Since there were two controllers in the two events, it cannot be excused to "forget" or "miss" the response of 2835E at 5min00sec and the response of the plaintiff at 7min15sec . The MP4 data was sent by Anthony Wood, stored in the plaintiff's email account, and sent back to FAA, requesting re-investigation many times, so the mistake is no longer valid. It is no dought that FAA has disposed of MP4 data with this sound disappeared.

**Scan_2017_07_28_09_44_07_596.pdf**

**16. For the two flights on January 8th and 10th that were subject to disposal, FAA must need two physical evidences that one of evidences was destroyed and the other was erased and there was no physical evidence. The reason for recording Audio and Radar MP4 data is that it is possible talking back each other only by the testimony of the people concerned. FAA can never dispose of unless it proves with**

**physical evidence that there was Mid Air Collision on January 8th and that a cross-final happened on January 10th without ATC clearance of a controller. FAA can not prove it, however FAA forcibly disposed of.**

17.If you want to cross-examine FAA, whether or not Mid Air Collision can be proved only by the testimony of ATC controller and Nick Patel without submitting the physical MP4 data. Whether or not Pilot Deviation can be proved with the testimony of ATC controller, passenger and traffic, even though the most important part of the voice has disappeared to the noise. **No, all disposition requires physical evidence.** Without MP4 data, neither Mid Air Collision nor Pilot Deviation can not be proved and cannot be disposed of. All FAA officials involved in the disposition should be aware of this, but they ordered disposition. **Whatever testimony is given by Chino family, no physical evidence disposition is illegal. unproven disposition is completely illegal.**

18. On April 11, 2017, it was Lawndale's FAA Enforcement Wester team that disposed of my certificate. Legal Officer Lisa Toscano. April 11, 2017 was exactly the same day that Yanagita, a Japanese-American who invited Chino to rent the Cessna N54680, flew for the first flight in Old Japan's Zero fighter at Chino. Is it a coincidence?

**April 11.png**

19. The Emergency Order of Suspension EOS for the disposition that this legal officer imposed on me April 11 2017. EOS sent a pdf by Adam Rankel on August 14th V-DAY. He sent it to Japanese person on V-DAY. Is it a coincidence?

**Kimura EOS_2017_08_14_10_51_29_368.pdf**

**20. FAA announced in Kimura followup 07 07 2017pdf that if you do not return your certificate, you will be charged a monetary penalty of $ 1437 / EACH DAY. The person who erased the data and dismissed the certificate, even though it was obvious, demanded an exorbitant fine. This is a threat to individuals by FAA.**

**Kimura followup 07 07 2017_Redacted.pdf**

21. Kimura followup 07 07 2017_Redacted.pdf has the same document date and delivery date. The most important FAA disposal order, Kimura EOS_2017_08_14_10_51_29_368.pdf, sent the April 11 documents on August 14. It should be considered intentional.

22. After that, this legal officer email to me
your opportunity to contest this matter has passed. We will lift the
suspension of your certificate after you successfully pass an FAA
reexamination, pursuant to the Order. I will not respond to additional emails
from you regarding the merits. of this case.
I have repeatedly informed that the disposition is final and that
reexamination is the only solution.

**LT4.pdf**

23. Generally, A innocent pilot who was disposed of despite the complete
loss of most important recordings evidences, it is natural not to accept
reexamination. If a innocent pilot accept reexamination, pilot will forgive
the forged Mid Air Collision and Pilot Deviation.

24. Before Christmas this year, Lisa Toscano sent an email recognizing
plaintiffs' alleged reinvestigation, reopen, retrial and data missing.
You request that the investigation be re-opened on the basis that the MP4
file containing portions of radar replay and audio communications of your
flight operation on January 10th, 2016, is *missing data* following air traffic
providing you clearance to land Runway
26R at Chino Airport, Chino, California

**LT6.pdf**

25. In 2018, plaintiff requested Robert Combs of NTSB to research the
erased MP4 data. Robert Combs should do a detailed analysis of MP4 data,
but there is no report. And ALJ officer emailed plaintiff, Please scan and
attach a copy of the suspension order so that I can *docket your appeal*. The
plaintiff emailed ALJ officer FAA disposition order and documents.

**RC1.pdf – RC7.pdf    /    RC9.pdf    /    RC8.pdf    /    RC10.pdf**

26 On February 7, 2018, FAA Enforcement Division, Western Team
Program Analyst Antonia Garcia sent COMPLAINANT 'S MOTION TO
DISMISS APPEAL. Program Analyst should do a detailed scientific
analysis of MP4 data, but no report exists. This document Seems to have
been approved by Assistant Chief Counsel for Enforcement Japanese-
American Naomi Tsuda and Attorney Lisa Toscano. ALJ did not docket the
plaintiff's appeal, ALJ docketed FAA's dismiss appeal.

**Motion and Exhibit A.pdf  (2018 2-6)**

27. February 9, 2018, Attorney Lisa Toscano have sent a correction
statement. Emergency Order of Suspension have made Emergency Order

of Revocation and a typographical error. It is unknown whether it was a intentional revocation or just a mistake.

**letter clarifying typo.pdf  (2018 2-9)**

28. February 13, 2018, NTSB Chief Administrative Law Judge Honorable Alfonso J. Montano recognizes the sound loss of 4 minutes 52 seconds, 5 minutes 00 seconds, 7 minutes 15 seconds of MP4 data as evidence, and Docket No30070 ORDER NOT ACCEPTED Accudingly, there is no basis for a finding good cause for the ***belated*** submission of respondent's appeal here and, as a consequence that appeal cannot be accepted.THEREFORE, IT IS ORDERED that respondant's appeal in matter is here by NOT ACCEPPETED. He made a conclusion. There is also a typographical error here, but he didn't mind erasing data, which is more important than temporal delay. The plaintiff requested NTSB for a detailed analysis of MP4. Why didn't NTSB perform a detailed analysis despite having facility and faculity? Indicates that ALJ is careless and one point concentration.

**Order Terminating-NA-30070 – Kimura.pdf**

29. Since this dismiss appeal, All FAA staff has stopped responding to plaintiffs' inquiries.

**Gmail - Automatic reply_ Administrative Disposition by Editing Evidence.pdf**
**Gmail - Administrative Disposition by Editing Evidence.pdf  (2019-1-6)**

30. In December 2018, plaintiff sent an order of disposal to Assistant Chief Counsel Naomi Tsuda, a Japanese American who is responsible for FAA Enforcement Division in Washington, D.C., informing her that the disposal is illegal. Plaintiff sent FAA erased MP4 data, evidence waveform screenshots of the erased part and Airplane Flying Evolution Japanese version that the instruction book with clean up FAA instruction error greatly. Plaintiff is author of Airplane Flying Evolution.

31. Surprisingly, Japanese American Assistant Chief Counsel Naomi Tsuda replied:
1.Do you have an email from Adam Runkel that was sent January 24, 2018 at 10:39 a.m.?
2.We do not have any record that you timely appealed your Order of Suspension.
Therefore, the Order is final.
*3.The Order is for you to take a reexamination. I have not reviewed all of the evidence, and I did not review your attachments, because I had to give them to our security folks because I cannot guarantee they are safe to open.*
You have not been charged with a regulatory violation for either of the

incidents that occurred in January of 2016. Those incidents, however, give us a reasonable basis to question your qualifications to hold your certificate. I fully understand you believe the evidence has been doctored It is not clear to me what you think the recordings omit that impact the issues of whether or not the FAA has a reasonable basis to question your abilities. If you are a qualified, capable pilot, once you demonstrate that to the FAA, we will return your certificate to you, the Order will be terminated, and you will NOT have any violation history on your record. I will await your call on Thursday morning.

And she didn't even check the physical evidence the erased MP4 data and the the waveform screenshots erased part. NCH software WAVEPAD waveform screenshots are scientific evidence that the FAA evidence has been completely erased. Since then, all FAA staff have not responded at all.

**Gmail - NAOMI TSUDA.pdf  (2018-12-5)**

32. Assistant Chief Counsel Naomi Tsuda and plaintiff had an English conversation on the phone for more than 30 minutes on December 7th, but she couldn't understand. That was the last. No evidence or reexamination has been contacted since then. It is too dishonest as FAA officials to have the above email but no contact at all. She is aware that the MP4 data in the physical evidence has disappeared and that the disposition is illegal. That's why she stopped answering. It is highly possible that the top of Enforcement issued some kind of gag order. This disposition is almost revocation, no longer suspension.

33. That winter, the US government shuted down, refusing to contact Enforcement Division, Riverside inspector, or even Nate Purdy or Larry Armima resident at the US Embassy in Tokyo. Nate Purdy refused all contact while staying in Japan, saying that he could not meet with plaintiff or reply by phone or email at the direction of Riverside FSDO. Larry Armima was fluent in Japanese and made a loud voice over the phone, repeatedly rejecting all contact. Even if there was an order from US, FAA staff in Japan should have interviewed, confirmed erased MP4 and waveform, and report to FSDO that it was illegal. I visited the US Embassy in Tokyo with my laptop, they blocked plaintiff.

**Gmail - Nato Purdy.pdf**

34. Chino ATC CONTROLLERS → Riverside inspector → legal officer → ALJ → Assistant Chief Counsel, FAA audit and certification branch also received erased MP4 and waveform screenshots. But all FAA was completely ignored. Although audit is FAA internal audit bureau, it played with sending back irrelevant drone photographs agenst my attached waveform screenshots.

**Screenshot_20190212-033546.pdf**

35. A lawyer informed the issue in English that it was Tampering restricted data, collusion Conspiracy, Negligenc, and concealment Hiding. Vinoo Varghese @ NY, Eron Bark @ LA, who are accepting US government cases such as IRS and DEA, Gabe Houston @Seal Beach is the owner of Cessna 208 but he hates conflicts with FAA, he emailed about 20 times exchange, he politely sent the Decline Representation Letter. The large pilots association EAA  Legal Advisory Counci Lily Johnson  assigned Michael Van Hoomissen who was from Portland  former USAF officer. But he never accept while demanding a $ 320 fee.

36 Also contacted the largest Pilot Association AOPA. I was introduced to Michael Dworkin @ San Francisco,Gregory Winton @ Annapolis, Paul Lange @ New York, Greg Reigel @ Dallas, George Coats, Evans Gary @ Houston's Aviation lawyer, but only Greg Reigel replied.

37. In January 2019, Greg Reigel sent the following email regarding reexamnition:
At this point in time, in order to get your airman certificate back you would need to submit to the request for reexamination you previously received from the FAA. It is too late to dispute whether the FAA had a reasonable basis for the request. Additionally, the threshold for the FAA to make such a request is so low, that it is doubtful such a dispute would be
Success even if the time to dispute the request had not already passed.With respect to your other claims regarding the FAA's alleged conduct, I am not able to assist you with any type of civil or criminal action in that regard. That is not something I handle. However, if you would like me to assist you in making arrangements for you to submit to reexamination, I could do that. But you could also simply contact the FAA directly to make those arrangements. *The reexamination can be conducted at any FSDO in the US, or you may be able to make arrangements to have an FAA designee conduct the reexamination in Japan.*
To date, FAA, including Anthony Wood and Lisa Toscano, has not notified a reexamnition abroad. AOPA's Greg was the first to announce a reexamnition abroad. 3 years have passed since the 2016 Chino false event.

**Gmail – aopa Administrative Disposition by Editing Evidence.pdf**

**38. 360 turn of January 8th in ATC CONTROLLERS SCAN report is a forgery. There is no physical MP4 data. I have requested submissions many times, but it remains No Radar data. The cross-final on the January 10th is the vectoring of ATC CONTROLLERS. The sound during the most important cross-final has disappeared to the noise. I've requested reinvestigation many times. It is clearly disappearnce sound,**

**it disappears no matter who hears it. A false charge and innocent person who has not committed at all can not accept a humiliating reexamination, but plaintiff contacted FAA about reexamination to confirm Greg Reigel's words. However, all FAA staff did not respond to any inquiries. This is evidence that FAA side is aware that the disposition is illegal.**

Gmail – Administrative Disposition by Editing Evidence.pdf
Gmail - Automatic reply_ Administrative Disposition by Editing Evidence (2019-1-6) chain mail

39. Greg Reigel eventually concluded that he wanted to avoid conflicts with FAA. Plaintiff also contacted ISAAC WRIGHT who was imprisoned for false charges, qualified as a lawyer in prison, and won innocence. At a Japanese farm, plaintiff inquired NY and CA State Lawyer, many law firms, to just make a complaint, but it was refused. Plaintiff  also contacted Japanese-American lawyers in Hawaii and Los Angeles, but no lawyer tried to lawsut against FAA.

40 In May 2019, I visited Vancouver, Canada for 3 months and consulted with a Canadian lawyer, but was refused to know the case in the United States. During this time, I continued to inquire about reexamination to FAA, but did not receive any reply. It is 100% negeligence crime. Converting to Canadian TC license was also very difficult.

Gmail -ANTHONY WOOD.pdf  (2019-7-9)
Gmail - Nato Purdy.pdf  (2019-7-9)
Gmail - Automatic reply_ Administrative Disposition by Editing Evidence.pdf

41. **My certificate disposition term is reexamination, as in EOS, but FAA did not respond to reexamination inquiries, and despite the ongoing disposition, it is completely shut out US. It is to destroy the trust of the US administration. It's a terrible Negeligence.**

Kimura EOS_2017_08_14_10_51_29_368.pdf

42. **How much time and effort did plaintiff spend finding a lawyer to try in US? During all this time, plaintiffs remained on territories outside of US, out of Jurisdiction. It is the US Immigration and the US embassy that are blocking plaintiff without issuing an entry visa. The illegal disposition is conducted by FAA. Both are US government agencies. It is the defendant's responsibility, not the plaintiff's responsibility, to stay outside the jurisdiction.** Statute of Limit is Stop. **When the court accepts motion and the complaint, assigns a docket number, and designated trial date, if not, the American judiciary will also lose credibility.** Motion to strike **is impossible. If motion to strike,**

**does the plaintiff's certificate suspension make revocation, disposition heavy? The court judges must open trial and consider a case.**

**Gmail - statute of limitations.pdf**
43. The plaintiff has pointed out major mistakes in FAA training and handbooks and other leading American Aviation officials, e.g. Jepessen, criticized them, and published a completely revised book. The plaintiff points out errors in the E6B flight computer used for navigation and holds a patentable NAV chart, NAV table.

**Airplane Flying Evolution.pdf**
FAAerror.pdf

44. It is clear that FAA disliked the plaintiff's book, ATC took dangerous guidance on its own, erased the data on its own, and all staff members covered up each other. Plaintiffs have sent a summary of the incident to all FSDO operational inspectors across US, but no one has responded.

45. In December 2020, Norwalk Los Angeles lawyer VICTOR LUKE finally notice FAA by SF-95. This is the content of BASIS of CLAIM. FAA used **falsified data** either **negligently** or on purpose which resulted in **aircraft damage, near loss of life and loss of my pilot certificate**. I believe this to be based on **racism** and **prejudice against national origin.** This is a form of **libel** against me as well. Recent testing of this evidence shows **tampering by deleted and falsification**. The claimant is author of Airplane Flying Evolution. FAA false disposal is **privilege Infringement for the pilot** and **Defamation for the author**. The claimant not in US since 2016.

**SF95-07VL1-7.pdf**

**46. This SF-95 NOTICE sent all of Washington D.C.'s FAA Litigation and FAA Enforcement attacing erased MP4 data and waveform screenshots at the same time with SF-95, but there was no response for 6 months. From January 2019, nothing response from FAA.**

**Gmail - NOTICE by SF-95 regarding FAA illegal pilot certificate disposition.pdf**

47. However, the plaintiff continued to NOTICE to FAA on the 8th and 10th of every month for two years from January 2019 until January 2021 NOTICE on SF-95. Until September 9, 2020, the plaintiff continued to resend the deleted Audio and Radar Tracking Recordings MP4 as an attachment every month. Since the day when Anthony Wood sent Audio and Radar Tracking Recordings MP4. MP4 data attached by FAA server is no longer received with size limit exceed. FAA has tampered with the

server that stores the important evidence of Audio and Radar Tracking
Recordings MP4.
**Gmail - Automatic reply_ Administrative Disposition by Editing Evidence (2019-1-6)**

48. This illegal punishment is a crime of FAA's organization, in which the
Chino family and FAA officials all hide the criminal controller and trap the
best Asians pilot who have corrected the mistakes in the existing airplane
flying instruction. To dispose of the certificate, which is a privilege of
excellent Asians, FAA must conduct a rigorous investigation with strict
evidence, FAA disposed of it thoughtless and one-sided. FAA is a shame of
America, an aviation powerhouse.

49. The MP4 data on the first day is discarded, and the MP4 data on the
second day can be confirmed to be erased by anyone. One day is not
enough, but two days is enough for disposal, and after that, all the
controllers, passengers, traffic, and Chino talk to each other, and FAA staff
are ignoreing, it is easily illegal.

50.The motive for FAA's illegal disposition of the plaintiff's privileged
commercial pilot certificate with such destoryed evidence is clearly the
plaintiff's excellent book. It is a crime aimed at harassment to make Out of
Chino, Out of LA, Out of US.

AirplaneFlyingEvolutin.pdf
FAAerror.pdf

51. The illegality of FAA officials who continued to ignore more than 1000
requests for re-investigation before and after the disposition is clear.
No matter how many Chino witnesses there are, FAA must prove with
evidence that there was Mid Air Collision on January 8th and that
cross-final occurred on January 10th without a ATC control. FAA
cannot dispose of my certificate. If the data on January 8th is found
and the audio expert appraisal report of the data on January 10th
cannot be submitted to the court, fanaly FAA illegal disposition is
determined. So far, FAA has not presented any reports from acoustic
experts. Plaintiff have informed JAPAN ACOUSTIC LAB, Data
Salvage, and Digital Forensics Proof of Sound Loss. There is no
evidence to overturn this proof. Promptly accept motion, start trial
proceedings, admit illegal disposition, return plaintiff's Certificate to
himself, withdraw the non-existent Mid Air Collision and Pilot Deviation,
regain honor, respond to damages compensation and consolation money
claims.

52. The basis for the calculation of damages compensation and consolation
is the monetary penalty $ 1437 / EACH DAY calculated by Lisa Toscano on

July 7, 2017. January 8th, 2016 pay $ 1437 daily between being falsely accused at Chino Airport and paying after the trial is over. Late damages impose statutory interest rates.

**The violation of law :**

1.      **Civil issue**

**Illegal disposal** : No evidence is No disposal. Jan 8 and 10 mp4 data discarded and deleted.

**Privilege violation** : Pilot certificate stallen by FAA fake disposition.

**Human rights violations** : More than 5 Years ignored. Japanese Audio specialist already prove data disappear. Despite, FAA forcibly dispose of planteff.

**Racism** : Almost same reason Human rights violations.

**Nationality discrimination** : Same reason.

**Suppression** : Planteff is author of Airplane Flying Instruction Book, criticize of FAA, FAA dislike it.

**Persecution** : FAA interfair Asian author contributer Flying activity. It is persecution.
Infringement : Planteff's activity inhibit by FAA false disposal. Planteff did not fly, did not make money so far.

**Libel and Defamation** : I am author of FAA Criticize Book. This book clean up FAA error greatly. Author have gotten a false charge " Mid Air Collision" "Pilot deviation". FAA made a dishonor.

**Insult** : FAA BAD officers insult for author.

2.   **Criminal important issue :**

**Official misconduct** :  It is too dishonest that FAA investigated, disposed of and misconduct. All FAA staff escape responsibility.

**Negligence** : All FAA staff are negligence, nobody reply email and phone inculde Re-exam inquey.

**Hiding** : Since 2018 December, nobody answer my request to retrail.

**Conspiracy** : ATC, inspector, legal officer, Wasington DC, Tokyo everybody back to back.

**FAR violation** : Air collision on cross final by ATC controller BAD

controll.

**Radio act violation** : FAR violations Change Runway Clearance is out of law. Then erased voice.

**Perjury :** Passenger Nishiyama, Naoto Kato made false testmony to inspector Anthony Wood.

**Deceive** : ATC made a false report fell into and then false charge for Kimura.

## 3.    Criminal critical issue :

**Tampering restricted data :** MP4 data important part deleted 4'52 ", 5'00",7'15". Attempted aircraft destruction . After 5'10", almost collision N193CA, N111YZ by ATC contoller.

**Attempted murder :** When Air collision happen intentionaly, ATC have responcibility for murder.

**Aircraft destraction :** When Air collision happen intentionaly, ATC have responcibility for
Aircraft destraction.

**Request :**

**Basis for calculating Compensation for damages**

1. On July 7 2017, Lawndate legal officer Lisa Toscano ordered to take
monetary penalty $1437 each day.
Request, we will charge the dominant one **$1437 each day**.
Minor criminals are  commutation.
15 people are felony and others minior criminals.
Today, over **2070 days** had passed since Jan 8 2016.
The felony must pay **3 million US doller.**

$$\text{\$ 3 million} \times \text{15 people} = \text{\$ 4.5 billon}$$

**FAA CONCERNED**                        **Large bold font are principal**

**Chino**

ATC Controller Facility Manager                    **Brian Shimpf**

/ He made Landing Clearance. He deleted MP4 data. Approving ATC report

No2 ATC Controller                               **Brian Johnson**

/ He is accomplice in the crime. Completing ATC report

Hanger15 N54680 C-172 Japanese                   **Kazuaki Yanagida**

/ Japanese CFI at Chino. If I get CFI, I am a business enemy. Important suspect

Yanagida customer right seat passenger               **Nishiyama**

/ He is Yanagida's servant. He is right seat passenger.

Yanagida student rear seat passenger                **Naoto Kato**

/  He is Yanagida's student. He is rear seat passenger.

Jun 8th  claimer N166TW SLING                    **Nick Patel**

/ He flew N166TW at 26R downwind. He made a false report on January 8.

**N111YZ** R22          **Chino Traffic** / Helicopter, collision traffic on Radar tracking video

| | | |
|---|---|---|
| **N193CA** DA40 | **Chino Traffic** / 26R approach, collision traffic on Radar tracking video | |
| **N2835E** | **Chino Traffic** / He intends to vector to Chino. | |
| **N285** | **Chino Traffic** / He made clearance callback after 7'15". | |
| **N1655X** | **Chino Traffic** / 4 min 50 sec departure traffic | |
| **N4847N** | **Chino Traffic** / 4 min 50 sec traffic | |

**Riverside**

FSDO Inspector                                              **Anthony Wood**

/ I sent 90 emails and MP4 data. He said "This MP4 nothing has been deleted."

**Lawndale**

Legal Officer                                              **Lisa Toscano**

/ I sent 120 emails and She made a $1437 monetary penalty.

Supervisor                                              **Adam Rankel**

/ He is supervisor. He said "no more email, if you send email, we made a another penalty."

Program Analyst                                              **Antonio Gorcia**

Legal Technician                                              Agnes E. Ebilane

Legal Technician                                              John.L.Goldfluss

**Washington D.C.**

NTSB ALJ Officer                                              **Rovert V. Combs**

/ He is NTSB ALJ officer. He docketed my documents.

FAA Administrator                                              Daniel K Elwell

/ FAA defendant case 2017WP210003

ALJ Law Judge                                  **Alfonse Montano**

/ He dismiss appeal without MP4 investigation.

US DOT/Office of Inspector General             **Complaint Center**


**Tokyo**

Embassy of US in Japan FAA Officer             **Nate Pardy**

/ He stayed in Tokyo. Nothing work for me. He had not listening MP4.

Embassy of US in Japan FAA Staff               **Larry Arima**

/ Japanese American FAA staff


**Oklahoma**

Airmen Certification Branch                    Jesse Horn

Airmen Certification Branch                    Tracy Little

Team FAA Hotline <fhis@faa.gov>                **FAA Audit**


**Other**

/ **Riverside inspector Anthony Wood notifed them 2016.**

                                               Keith.A.Frable

                                               Scott.A.Burton

                                               Hardie.H.DeGuzman

                                               Cade.S.Miller

The basis for the calculation of damages compensation and consolation is the
monetary penalty $ 1437 / EACH DAY calculated by Lisa Toscano on July 7,
2017.

January 8th, 2016 pay $ 1437 daily between being falsely accused at Chino Airport
and paying after the trial is over. Late damages impose statutory interest rates.



U.S. Department
of Transportation
**Federal Aviation
Administration**

Office of the Chief Counsel

Enforcement Division
Western Team
15000 Aviation Blvd.
Lawndale, CA 90261

**REGISTERED MAIL, RETURN-RECEIPT REQUESTED,
FIRST-CLASS MAIL, DHL, and EMAIL**

JUL 0 7 2017
HIDEYUKI KIMURA

RE:  Hideyuki Kimura, Case No. 2012WP210093

Dear Mr. Kimura:

On April 11, 2017, the Federal Aviation Administration (FAA) issued an Emergency Order in the above-reference case suspending your commercial pilot certificate.  That order was effective immediately and directed you to surrender your Commercial Pilot Certificate No. ████ to the FAA as instructed in that order.  However, to date, the FAA has not received your commercial pilot certificate from you.

Under 14 C.F.R. § 61.2(a) your certificate is no longer effective because it has been suspended.  Under 14 C.F.R. § 61.19(f), you are required to surrender your suspended certificate to the Administrator.

You are subject to a civil monetary penalty, not to exceed $1,437.00 for failing to surrender your certificate as required by 14 C.F.R. § 61.19(f).  Furthermore, a separate violation of 14 C.F.R. § 61.19(f) occurs each day you fail to surrender the certificate in violation of 14 CFR § 61.19(f).  Therefore, your continuing failure to surrender your commercial pilot certificate could subject you to substantial civil penalties.

In order to avoid the imposition of a civil monetary penalty for your violation of 14 C.F.R. § 61.19(f), you must surrender your commercial pilot certificate within 20 days of the date of this letter, which means that by no later than July 27, 2017, you must send your mechanic certificate to:  **Lisa Toscano, Attorney, FAA, Enforcement Division-Western Team, 15000 Aviation Blvd., Lawndale, CA 90261.**

Sincerely,

*Lisa M. Toscano*

Lisa M. Toscano
Enforcement Division, Western Team
email – Lisa.M.Toscano@faa.gov
Telephone      (310) 725-7100 (main)
                      (310) 725-7110 (direct)
                      (310) 725-6816 (facsimile)
cc:  AMC-760, AFS-760, RAL-FSDO

**2.** Request, All FAA staff must pay **1%** of everyone's annual income.
The number of FAA staff are 45000 people.
The burden on one person is small, but the total amount is huge.
If FAA staff average annual income is $ 35,000, 1% is $ 350

**Multiply by 45,000 people for a total $ 15,750,000.**

**Total $ 15,750,000 × 6 year  =  $ 94, 500, 000**

3. If I got Aviation job in US from 2016.
I must make a money for CFI or Airline crew.
The estinate annual income are $150000 or 200000 at least.
My age was 46 years old, the retirement age is 65, so FAA must pay for 19 years.
Now 51 years old, airline crew is difficult for hired at age.
It is the smallest in terms of money.

$$\$200000 \times 19 \text{ years} = \$ 3,800,000$$

**Amount of consolation are the same.**
Plaintiff will claim above all.
Whether the judge admits.

Withdraw Mid Air Collision and Pilot Deviation, return plaintiff's certificate back, and apologize.



JP JAPAN POST

郵便局への主張い、ラベル等形状落防止のため、封入口
が開封されているにことをも必ず確認してください。

送り状 (Dispatch Note) 書留用 (Business Papers)

JAPAN POST 国際スピード郵便

簡便により開くことがあります
May be opened officially

お問い合わせ番号 (item number): EN 124 696 861 JP

料金 (Postage Paid)
2400 円(yen)

合計金額 2400

郵便料金 2400

From (Sender) Name & Address

HIDEYUKI KIMURA
2-6-19 Yonegahamadori
Yokosuka
Kanagawa

受付年月日
年(Year) 月(Month) 日(Date)
2021      08      24

Date mailed

FAX +81-46-890-4943

JAPAN

Postal Code 238-0011

TEL +81-3-3575-7110

受付時刻
Time mailed

時 (hour)   分 (Minute)

総重量 300 g
Total gross weight

To (Addressee) Name & Address

US Central District Court of California Eastern Division
Riverside,
3470 12th St
Riverside

California

Country UNITED STATES OF AMERICA

Postal Code  92501

TEL +01-951-328-4

FAX

ご注意！ この用紙は送り状です
書類用ポケットに入れてください。

(To Post and Customs Officer)
This is EMS Dispatch Note. Proof
of delivery attached on the back.

日本郵便
NIPPON
★2400
（横浜南郵便局内）

通信日付けり

24.03.21

社員確認用
確認済

Dispatch Note & Customs Documentation Enclosed