Name: Hideyuki Kimura
Address: 2-6-19 Yonegahama-Dori
City, State, Zip: Yokosuka Kanagawa, Japan
Phone: 8150-3575-7110
Fax: 8146-890-4943
E-Mail: avitwit@gmail.com

☐ FPD  ☐ Appointed  ☐ CJA  ☒ Pro Per  ☐ Retained

FILED
CLERK, U.S. DISTRICT COURT
03/28/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: kss DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Hideyuki Kimura

PLAINTIFF(S),

v.

LISA TOSCANO, ADAM RUNKEL, and ANTHONY WOOD,

DEFENDANT(S).

CASE NUMBER:

ED CV 2:21-1597 PA (AGRx)

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____Hideyuki Kimura_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _____. Entered on the docket in this action on _____.

A copy of said judgment or order is attached hereto.

March/28/2022
Date

Signature
☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                    NOTICE OF APPEAL