# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  Percy Anderson

From: K. Sali-Suleyman _____, Deputy Clerk     Date Received: 03/31/2022

Case No.: ED CV 21-1597PA (AGRx) / CV 21-6899PA     Case Title: Hideyuki Kimura v. Federal Aviation Administration/ Hideyuki Kimura v. Lisa Toscano et al

Document Entitled: Notice of Related Cases

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 5-4.1      Documents must be filed electronically
☐ Local Rule 6-1        Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 7-19.1     Notice to other parties of ex parte application lacking
☐ Local Rule 7.1-1      No Certification of Interested Parties and/or no copies
☐ Local Rule 11-3.1     Document not legible
☐ Local Rule 11-3.8     Lacking name, address, phone, facsimile numbers, and e-mail address
☐ Local Rule 11-4.1     No copy provided for judge
☐ Local Rule 11-6       Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8       Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 15-1       Proposed amended pleading not under separate cover
☐ Local Rule 16-7       Pretrial conference order not signed by all counsel
☐ Local Rule 19-1       Complaint/Petition includes more than 10 Does or fictitiously named parties
☐ Local Rule 56-1       Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2       Statement of genuine disputes of material fact lacking
☐ Local Rule 83-2.5     No letters to the judge
   Fed. R. Civ. P. 5     No proof of service attached to document(s)
☒ Other:   Case closed on March 26, 2022.

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐  The document is to be filed and processed.  The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk.  Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____                    _____
Date                                        U.S. District Judge / U.S. Magistrate Judge

☒  The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.*  Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_April 01, 2022_____                _____
Date                                        U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party.  See Local Rule 1-3.

Hideyuki Kimura
avitwit@gmail.com
2-6-19 Yonegahama-Dori
Yokosuka
Kanagawa, Japan
Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hideyuki Kimura., | Case No.:2:21-cv-06899-PA-AGR |
| Plaintiff, | Plaintiff  Hideyuki Kimra's |
| v. | NOTICE OF RELATED CIVIL CASE |
| LISA TOSCANO, ADAM RUNKEL, and ANTHONY WOOD, | |
| Defendants. | |
| | |
| Hideyuki Kimura., | Case No.:5:21-cv-01597-PA-AGR |
| Plaintiff, | Plaintiff  Hideyuki Kimra's |
| v. | NOTICE OF RELATED CIVIL CASE |
| FAA | |
| Defendants. | |

The plaintiff notice to the court statute of limitations is in time 7/21/2017 registered mail to Lisa Toscano and 3/18/2020 registered mail to DOT Inspector General.

1



Hideyuki Kimura v. FAA



Hideyuki Kimura v. FAA



Hideyuki Kimura v. FAA



Hideyuki Kimura v. FAA



Hideyuki Kimura v. FAA



Hideyuki Kimura v. FAA