UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 04 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HIDEYUKI KIMURA I, Esquire,<br><br>　　　　　Plaintiff - Appellant,<br><br>　v.<br><br>FEDERAL AVIATION ADMINISTRATION; et al.,<br><br>　　　　　Defendants - Appellees. | No. 22-55318<br><br>D.C. Nos. 5:21-cv-01597-PA-AGR,<br>2:21-cv-06899-PA-AGR<br><br>U.S. District Court for Central California, Riverside<br><br>**ORDER** |

　　A review of this court's docket reflects that the filing and docketing fees for this appeal remain due. Within 21 days after the date of this order, appellant shall pay to the district court the $505.00 filing and docketing fees for this appeal and file in this court proof of such payment or file in this court a motion to proceed in forma pauperis.

　　The filing of a motion to proceed in forma pauperis will automatically stay the briefing schedule under Ninth Circuit Rule 27-11.

　　The Clerk shall serve a Form 4 financial affidavit on appellant.

　　If appellant fails to comply with this order, this appeal may be dismissed by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Cyntharee K. Powells
Deputy Clerk
Ninth Circuit Rule 27-7

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## INSTRUCTIONS for Form 4.
## Motion and Affidavit for Permission to Proceed in Forma Pauperis

Use Form 4 or an equivalent financial declaration to ask the court to waive the filing fees for an appeal or petition for review **in any civil case.**

For criminal and habeas corpus cases, use Form 23 CJA Financial Affidavit instead of Form 4 to request a fee waiver or to ask for appointment of counsel.

- Answer **all** questions on the form even if the answer is "0" or "N/A" (not applicable).
- Include your case number and sign the form. You do not need to have the form notarized.
- Do **not** include your Social Security number.

If you are a self-represented party who is not registered for electronic filing, mail the completed form to: U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939.

To file Form 4 electronically, use the electronic document filing type "Motion for Any Type of Relief" and "motion to proceed in forma pauperis" as the relief.

**How to prepare fill-in forms for filing:**

- If you have Adobe Acrobat or another tool that lets you save completed forms:
  1. Complete the form.
  2. Print the completed form to your PDF printer (File > Print > select Adobe PDF or another PDF printer listed in the drop-down list).

- If you do not have Adobe Acrobat or another tool that lets you save completed forms:
  1. Complete the form.
  2. Print the completed form to your printer.
  3. Scan the completed form to a PDF file.

**Note:** The fill-in PDF version of the form is available on the court's website at http://www.ca9.uscourts.gov/forms/.

*Do not file this instruction page*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 4. Motion and Affidavit for Permission to Proceed in Forma Pauperis

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form04instructions.pdf

**9th Cir. Case Number(s)** [ ]

**Case Name** [ ]

**Affidavit in support of motion:** I swear under penalty of perjury that I am financially unable to pay the docket and filing fees for my appeal. I believe my appeal has merit. I swear under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

**Signature** [ ]   **Date** [ ]

The court may grant a motion to proceed in forma pauperis if you show that you cannot pay the filing fees **and** you have a non-frivolous legal issue on appeal. Please state your issues on appeal. (*attach additional pages if necessary*)

[ ]

*Feedback or questions about this form? Email us at* *forms@ca9.uscourts.gov*

**Form 4**  1  *Rev. 12/01/2018*

1. *For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-Employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and Dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child Support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment Payments | $ | $ | $ | $ |
| Public-Assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify) | $ | $ | $ | $ |
| **TOTAL MONTHLY INCOME:** | $ | $ | $ | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4                                         *2*                                         Rev. 12/01/2018

2. *List your employment history for the past two years, most recent employer first.*
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | | Gross Monthly Pay |
|---|---|---|---|---|
| | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |

3. *List your spouse's employment history for the past two years, most recent employer first.*
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | | Gross Monthly Pay |
|---|---|---|---|---|
| | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4     3     Rev. 12/01/2018

4. *How much cash do you and your spouse have?*   $ _____

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.*

| Home | Value | Other Real Estate | Value |
|---|---|---|---|
|  | $ |  | $ |

| Motor Vehicle 1: Make & Year | Model | Registration # | Value |
|---|---|---|---|
|  |  |  | $ |

| Motor Vehicle 2: Make & Year | Model | Registration # | Value |
|---|---|---|---|
|  |  |  | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4                                              4                                      Rev. 12/01/2018

| Other Assets | Value |
|---|---|
|  | $ |
|  | $ |
|  | $ |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |

7. *State the persons who rely on you or your spouse for support. If a dependent is a minor, list only the initials and not the full name.*

| Name | Relationship | Age |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 4**     5     *Rev. 12/01/2018*

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ | $ |
| - Are real estate taxes included?    ○ Yes    ○ No  <br> - Is property insurance included?    ○ Yes    ○ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|    - Homeowner's or renter's | $ | $ |
|    - Life | $ | $ |
|    - Health | $ | $ |
|    - Motor Vehicle | $ | $ |
|    - Other | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) | | |
|    Specify | $ | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 4**                                        6                                        *Rev. 12/01/2018*

| | | You | Spouse |
|---|---|---|---|
| Installment payments | | | |
|     - Motor Vehicle | | $ | $ |
|     - Credit Card (name) | | $ | $ |
|     - Department Store (name) | | $ | $ |
| Alimony, maintenance, and support paid to others | | $ | $ |
| Regular expenses for the operation of business, profession, or farm (attach detailed statement) | | $ | $ |
| Other (specify) | | $ | $ |
| | **TOTAL MONTHLY EXPENSES** | $ | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*  ☐ Yes  ☐ No

    If Yes, describe on an attached sheet.

10. *Have you spent—or will you be spending—any money for expenses or attorney fees in connection with this lawsuit?*  ☐ Yes  ☐ No

    If Yes, how much? $ _____

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

12. *State the city and state of your legal residence.*

City _____   State _____

Your daytime phone number (ex., 415-355-8000) _____

Your age _____   Your years of schooling _____

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 4   7   Rev. 12/01/2018