# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  Percy Anderson

From: K. Sali-Suleyman _____, Deputy Clerk  Date Received: 04/04/2022

Case No.: ED CV 21-1597PA (AGRx) / CV 21-6899PA   Case Title: Hideyuki Kimura v. Federal Aviation Administration/ Hideyuki Kimura v. Lisa Toscano et al

Document Entitled: Exhibits

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ | Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ | Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ | Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ | Local Rule 11-3.1 | Document not legible |
| ☐ | Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ | Local Rule 11-4.1 | No copy provided for judge |
| ☐ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ | Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ | Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ | Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ | Local Rule 83-2.5 | No letters to the judge |
| | Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☒ | Other: | Case closed on March 26, 2022. |

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐  The document is to be filed and processed.  The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk.  Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____                    _____
Date                                       U.S. District Judge / U.S. Magistrate Judge

☒  The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.*  Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

April 05, 2022                             _____
Date                                       U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party.  See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE      COPY 2 -JUDGE      COPY 3 -SIGNED & RETURNED TO FILER      COPY 4 -FILER RECEIPT

 Gmail

木村英之 <avitwit@gmail.com>

---

## FAA Case No. 2017WP210003

71 件のメッセージ

---

**Agnes.E.Ebilane@faa.gov** <Agnes.E.Ebilane@faa.gov>                    2017年7月7日 23:30
To: avitwit@gmail.com
Cc: Lisa.M.Toscano@faa.gov

Dear Mr. Kimura:


Please see attached letter regarding the surrender of your airman pilot certificate.  Your personal information has been redacted since this is being sent to you electronically.  This letter is also being sent to you by DHL, registered mail, and regular First Class mail, unredacted.


Thank you,


Agnes Ebilane

Office of the Regional Counsel

FAA, Western Pacific Region

Telephone:  310-725-7114

Facsimile:  310-725-6816

---

📄 **Kimura followup 07 07 2017_Redacted.pdf**
1252K

---

**木村英之 <avitwit@gmail.com>**                    2017年7月8日 18:05
To: Agnes.E.Ebilane@faa.gov

I can't accept your order.
I need research more detail,
I need court judge.
I'm looking for lawyer.
I need more time.
I will take Japanese examination soon.
JCAB request foreign license.
Please give me another solution.

I say again.
I am innocent.

------------------------------------------

It is too one-side,too injustice.
Do you know Yanagida and Nishiyama?
Yanagida doesn't have 141 permission, but he takes international students.
Yanagida's CFI doesn't have any visa. He is Korean. Name is Hyon.

I didn't remember Mid-air collision on January 8.
What kind of incident?
I already paid for Chinese restaurant as Airplane rent.$120 payment used credit card.I have record.
I remember incident on January 10.
You need research, ATC is not proper.
I requested 26L runway. ATC assigned 26R runway. Then,No2 cleared.

I remember too Brian at San Diego on June 2 2008.
Becouse I lost every materials include LOGBOOK. Somebady stallen my every staff at S.D. I have case No.
Brian is very bad CFI, I took just Airport checkout,it should be in Montgomery-Gibbs field.
But we went to Palomar Airport.I got Simulated IFR on Hood. This CFI went through 4000ft from MYF to CRQ on VFR. From CRQ to MYF same ALT.
I didn't believe him.After that got stallen.

We told about this fake.
Yanagida is unfaithfully faker. Nishiyama,Kato is too.
You have to research. ATC controler.

I sent email to you.
You know my English skill.
I have a Commercial cert & AGI too.
I swear my honest, flight safety.
And Lui Rambad CFI 2106887 provided CFI endorsement to me.I have logbook his own handwriting endorsement.
If I am unsafe,he didn't provide CFI endorsement.
I will take your re-exam.
Please provide US visa.

I will open this letter on internet,US embassy,Ministry of Foreign Affairs of Japan and Civil Aviation Bureau.
I will take a legal advice from lawyer.
I don't understand your disposition.
I can't accept your penalty.
I can't pay $1100.

How about my Lazy8?
I have a lot of correct answer.
I will call you next week.
Please send email any reply.
Please research this fake again.

-----------------------------------------------

I read carefully your letter sep 10.
FAA said "not questioning my piloting skill as much as my adility."
If so, this penalty is too hard for me.
Please withdrawal this penalty.
And I have question this investigation.

1st January 8th
I didn't take near midair collision.Who is say that? Nothing problem on January 8th.
After flight,Yanagida and his family ate Chinese food with me.I paid for it $124.32.
This payment was Airplane rent fee.I have credit card record.

2nd Emergency order of suspension on 2008
CFI Brian made a mistake. It is big mistake.
We did BIF. I took Hood, Brian was safty pilot.
So, this flight was VFR.
However he used 4000ft from MYF to CRQ,vice versa.
I asked him, why do you use 4000ft?
He said,"Martha King fly at 4000ft on King aviation DVD."
I have not believe him.
Then, I asked again.So he hate me.
After few days I got stallen.

3rd January 10th
I checked your Audio recordings.
I find unnatural silence 01/10 21:37 56-00 4 seconds,01/10 21:38 05-13 8 seconds.
I suppose that somebody cut audio date.

4th I got CFI endorsement on 2015.
If I am not safe,CFI didn't provide endorsement.
If you are questioning my proficiency.
I will take reexamination anytime.
And I made flight manual for sell.
I clearly explain Chandel, lazy8,steep tune,spiral,loop,8-on,8-around and proper Dead reckoning Navigation.
I attach my flight manual.

Anyway, I need more time and opportunity.
I ask you make a request for re-investigation.

-------------------------------------------------------------

2016 9/28 1:10 Japan local time phonecall
From Hideyuki Kimura
To inspector Anthony Wood

I sent my AGI license plate.
I ask you make a request for re-investigation.
I say again I have a few question this investigation.

1st January 8th

I didn't take near midair collision.
Who is say that? Yanagida's student?
If so,you should research him.

Nothing problem on January 8th.
If something happen,please give me Audio&Radar Tracking data.

After this flight,Yanagida and his family ate Chinese food.
I paid for it $124.32.
This payment was Airplane rental fee.
I have credit card record.
I sent it.

2nd Emergency order of suspension on 2008

CFI Brian made a mistake.
It was big mistake.
We did BIF.
I took Hood, Brian was safty pilot.
So, this flight was VFR.
However he used 4000ft from MYF to CRQ,vice versa.
I asked him, why do you use 4000ft?
He said,"Martha King fly at 4000ft on King aviation DVD."

I don't believe him.
Then, I asked again.So he hate me.
After few days I got stollen.
I sent you SDPD report.

It was my 1st time at MYF.
So,it was just airport checkout.
But CFI Brian did BIF.
We went to another airport not MYF.
I think it should do at MYF.
I paid club check quiz & flight.
$300 cash.

3rd January 10th

I checked your Audio recordings.
I found unnatural silence
01/10 21:37 56-00 4 seconds
01/10 21:38 05-13 8 seconds.
I suppose that somebody cut audio date.
You should research this few seconds.

4th I got CFI endorsement on 2015.

If I am not safe,CFI didn't provide endorsement.
I sent logbook CFI handwriting endorsement.

If you are questioning my proficiency.
I will take reexamination anytime.

And I made flight manual for sell.
I clearly explain Chandel, lazy8,steep tune,spiral,loop,8-on,8-around and proper Dead reckoning Navigation.

I already show you my flight technique.

---------------------------------------------------------

At first, I need Audio&Radar truck recording data on January 8?
I suppose deface data on january 10.

The near mid-air was reported by the pilot flying the other aircraft involved.  He identified your aircraft as the other aircraft involved and air traffic control confirmed his report.

2nd
Mr. Purdy has informed me that you may be applying for a Japanese pilot license based on your U.S. Pilot Certificate.  If this is the case, when the JCAB ask for verification of your U.S. pilot certificate, they will be informed that it has been suspended.

I apply for Japanese license.
I already get a writen score.
Off course passed.
I am going to take a flight check.
Examiner request foreign license.
Maybe, need more few months.

---------------------------------------------------------

P.S.

January 8 midair collision

The near mid-air was reported by the pilot flying the other aircraft involved.  He identified your aircraft as the other aircraft involved and air traffic control confirmed his report.

This flight was almost sunset.

Engine didn't start due to battery.

We made cranking.

Then getting dusk.

I  flow over Corona FWY R15 @ Riverside FWY R91 boundary of class C.

Who is witness?

This aircraft was just C172.

How did he identify Chino's C172 or Corona's C172?

How did he identify Call sign?

This flight was almost sunset.

What type of aircraft another one?

If near, witness & another one & me were at same location on same time.

3 aircrafts maybe exist within 1 or 2nm.

If ture, I think It was ATC problem.

ATC should avoid near mid-air.

ATC should make separation 3 aircrafts before incident.

We had transponder.

When did ATC confirm his report?

I don't believe this story.

Radar truck recording data is important?

I think Audio data deface on January 10.

We need help for Audio specialist.

I send email to Oklahoma.

Please research carefully again.

---------------------------------------------

Inspctor
Your judgement is always one side.

You have to be carm.

Anyway, I need Audio&Radar Trucking recording data.
If transponder is out, ATC controller must verify transponder working.
e.g. transponder ident. transponder recycle. squawk VFR.
We must confirm Audio&Radar Trucking recording data.
I think ATC controller didn't check transponder.

Please be cool, then another choice.

-----------------------------------------------------

I don't believe your letters.
You didn't research.
I don't accept your revocation.

2008, I got stollen.
I lost logbook and any materials.
So, I didn't contact.

I don't make mistake in flight.
2008 at San Diegi, January8 January10 2016.

At first, You must find Audio& Radar recording data January8 2016.
I didn't take MNAC.
This event is just report, nothing Audio& Rader data.
ATC didn't take transponder check in flight. IDENT, Recycle, SquawkVFR, Another code asign, verify etc.

Why don't you research?
Why do you revoke my certificate haste?
You said reexam!
Why do you change your mind?

Anyway, I never accept you.
Any event is fake.
Somebody make up story.
If so, you need research more carefully.
You are Inspctor.
You are FAA officer.
Your decision make me herm.
You have to bear responsibility.

I will take legal procedure.
I will take compensation for my damages. any damages

---------------------------------------------------------

I say again.

I don't believe your letters.
I don't believe your research.
I don't accept your revocation.

2008, I got stollen.
I lost logbook and any materials.
So, I didn't contact FAA.
CFI Brian made a big mistake.
I pointed out few times.
Then Brian was getting action.
I swear his mistake.

I didn't make a mistake in flight.
2008 at San Diego, January8 January10 2016.

At first, You must find Audio& Radar recording data January8 2016.
You should show me other aircraft info & witness info.
I didn't take MNAC.
This event is just report, nothing Rader data.
How about Audio recording data?
If nothing, you can't confirm MNAC.
ATC didn't take transponder check in flight. IDENT, Recycle, SquawkVFR, Another code asign, verify etc.
You can't order any disposition.

Why don't you research?
Why do you revoke my certificate haste?
You said reexam!
Why do you change your mind?

Anyway, I never accept this disposition.
Any event is fake.
Somebody make up story.
If so, you need research more carefully.
You are Inspctor.
You are FAA officer.
Your decision make me herm.
You have to bear responsibility.

I will take legal procedure.
I will take compensation for my damages. any damage.

I will talk to lawyer.

-----------------------------------

Your 1st letter blame me about JAN 10th NMAC.

At that time, ATC controller said "cleared to land runway 26R right patter."

I made read back, " Make right turn, cleared to land runway 26R right patter."

Both voice date erased.

You should show me other aircraft info & witness info JAN 8th.

I didn't take NMAC.

This event is just report, nothing Rader data.

How about Audio recording data?

If nothing, you can't fix on NMAC.

ATC didn't take transponder check in flight.

IDENT, Recycle, SquawkVFR, Another code asign, verify etc.

Why didn't you research JAN 8th ar first?

Why did you report JAN 10th first?

It does not make any sense

So,I don't believe your research

You can't order any disposition.

I don't accept your revocation.


And I repeat to say about 2008 problem.

I got stollen.I lost logbook and any materials.

So, I didn't contact FAA.

And CFI Brian made a big mistake.I pointed out few times.

Then Brian was getting action by his unjustified resentment.

I didn't make a mistake in flight.

2008 at San Diego, January8 January10 2016.

You should need to research more details.

But you didn't.


I send a  Audio& Radar recording data for some lower.

Some lower give me reply, and I'm looking for a best lower.

If lower will take action, you are order to court.

I will take compensation for my damages. any damages.

**You don't back down,You have to pay compensation.**

**If You back down, Maybe lower don't take a leagal action.**

[元のメッセージ非表示]

📄 **Audio and Radar Tracking Recordings.mp4**
11179K

---

木村英之 <avitwit@gmail.com>                                                                 2017年7月9日 21:53
To: Agnes.E.Ebilane@faa.gov

I can't accept your order.
I never accept this disposition.
It's too hard for me.
I am innocent in any situation 2008,2015/1/10,1/8.

I find another space on sound date 7'15"-19".
It's new fact.
ATC gave me clearance for runway 26R landing.
After that, sound date was cut.
Please repeat this date high sound volume.

I need research more detail.
I'm looking for lawyer.
I need more time.

And I will take Japanese examination.
JCAB request foreign license.
I have to hold my FAA commercial certificate.

Please research more carefully.
You are FAA officer.
Your decision make me harm.
You have to bear responsibility.
Please give me another solution.

I say again.
I am innocent.

[元のメッセージ非表示]

---

木村英之 <avitwit@gmail.com>                                                                 2017年7月10日 12:16
To: Agnes.E.Ebilane@faa.gov

I never accept this disposition.
I request retraction of your decision.
If not, I send email ICAO,AOPA,JAPA etc.
I will go to court.
Somebady cut date on 2015/1/10.
It is clearly fact.
I request 2015/1/8
Please reinvestigate more detail.
[元のメッセージ非表示]

---

木村英之 <avitwit@gmail.com>                                                                 2017年7月10日 12:30
To: Agnes.E.Ebilane@faa.gov

I never accept this disposition.
I request retraction of your decision.
If not, I send email ICAO,AOPA,JAPA etc.
I will go to court.

Somebady cut date on 2015/1/10.
It is clearly fact.
I request sound and tracking date 2015/1/8.
If transponder off,compare sound date with tracking data.
We will get another fact.

These fact will prove,you maybe get damages.
Please reinvestigate more detail.

[元のメッセージ非表示]

**Lisa.M.Toscano@faa.gov** <Lisa.M.Toscano@faa.gov>　　　　　　　　　　　　　2017年7月13日 3:59
To: avitwit@gmail.com

Mr. Kimura,


The April 11, 2017, Emergency Order of Suspension immediately suspended your Commercial Pilot Certificate No. 2517357.  Your Commercial Pilot Certificate No. 2517357 will remain suspended until such time as you are re-examined and your qualifications can be established.  The attached letter demands you to surrender your Commercial Pilot Certificate No. 2517357.


Most importantly, the attached letter states:




Lisa M. Toscano

FAA Enforcement Attorney

Western Team

(310) 725-7110

[元のメッセージ非表示]

---

 **SecureZIP Attachments.zip**
1668K

---

**木村英之** <avitwit@gmail.com>　　　　　　　　　　　　　　　　　　　　　　2017年7月13日 8:08
To: Lisa.M.Toscano@faa.gov

Thank you for email.

Riverside FSDO inspector Wood got me claim.
About 2015/1/10 @Chino airpoprt in LA

explain ATC communication from MP4 data

①We requested RWY26L left pattern direct Base,when we were reaching Paradise VOR. MP4 01/10 21:35 00(start from 1'50")

At that time IFR traffic existed RWY26R.

②At fast, ATC assigned RWY26L. We got clearance to 26L. "You are No2,cleared to land." It's not "continue approach."

③<mark>Just before landing, ATC controller assigned RWY26R. Undesirable aircraft state happened.</mark>

<mark>This data is erased. MP4 data 01/10 21:37 56-00 4 seconds (start from 4'50")</mark>  <mark>ATC said "cleared to land RWY26R right patter"</mark>

④<mark>I read back ATC clearance with surprising. "make right, RWY26R right patter." This call back is erased too.</mark>

<mark>01/10 21:38z 05-13 8 seconds(5'00")　 Back gound noise completely cut.</mark>

⑤Than, make right turn and cross final.

Japanese passenger said "We shout cut IFR traffic on final. We go in front of them."

I didn't know why dose he say? He stayed in LA.

⑥**I find another space on MP4 sound date 01/10 21:40z 20(7'15"). It's new fact.**

**On that time, ATC said "cleared to land runway 26R."**

**After that,sound date was cut.**

**Sound cut is not only mp4 sound data 4'50",5'00"but also 7'15".**

**Certainly,somebody cut date on 2015/1/10.**

**It is clearly fact.**
**Please listen carefully this date and high sound volume.**


And I received email from FAA enforcement Div a few days ago.
I was surprised.

I never accept this disposition.(suspending my certificate PDF attached)
It's too hard for me.
I am innocent.
I requested retraction of FAA decision by legal officer Mis, Lisa.Toscano.
I told to her, If this order no change, I send email ICAO,FAA hq,AOPA,CNN,LA times etc.
And I will go to court.
And We will get another fact.
These fact will prove,you maybe get damages.
I don't get her reply yet.


And I will take Japanese pilot examination.
Japan aviation bureau request foreign license.
I have to hold my FAA commercial certificate.



Than,I got some audio tool yesterday.
This audio tool indicate sound oscillation.
I played this audio data.
There are no indicate,no sound,no data,no oscillation 4'50",5'00",7'15" space.
I prove erased data.
If I go to court, you must pay for compensation for damages.
FAA controller,inspector,legal officer pay for damages.

On the other hand, I suppose to my lawyer bring to media this casa.
Because this MP4 data made erased.
ATC communication audio data was cut by someone who FAA insider.
It is crime for everyone.
crime for every pilots.
crime for aviation.
crime for safety.

Please give me your hand,
FAA make reinvestigate more details and change order.

sincerely


HIdeyuki Kimura
from Yokohama



[元のメッセージ非表示]

---

**Lisa.M.Toscano@faa.gov** <Lisa.M.Toscano@faa.gov>                                        2017年7月13日 8:14
To: avitwit@gmail.com


Mr. Kimura,


The April 11, 2017, Emergency Order of Suspension, which suspended your Commercial Pilot Certificate No. 2517357, is final and in effect.  You do not appeal the Order.  You have no right of appeal at this point to challenge the findings of the Order.  Please surrender your Commercial Pilot Certificate No. 2517357.

[元のメッセージ非表示]

---

**木村英之** <avitwit@gmail.com>                                        2017年7月13日 18:13
To: Lisa.M.Toscano@faa.gov

I find another space on MP4 sound date 01/10 21:40z 20(7'15").
It's new fact.

On that time, ATC said "cleared to land runway 26R."

After that,sound date was cut.

Sound cut is not only mp4 sound data 4'50",5'00"but also 7'15".

Certainly,somebody cut date on 2015/1/10.

It is clearly fact.
Please listen carefully this date and high sound volume.

I got some audio tool.
This audio indicate sound oscillation.

I played this audio data.
There are no indicate,no sound,no data,no oscillation.
We prove erased data.
These is no admissibility of evidence.
You should stop suspending and dairy monetary penalty.
If I go to court,FAA controller,inspector,legal officer must pay for court cost.

On the other hand, I suppose to you bring to media this casa.
Because this MP4 data made erased.
ATC communication audio data was cut by someone who FAA insider.
It is crime for everyone.
crime for every pilots.
crime for aviation.
crime for safety.

I got new fact,New fact is power of reinvestigation.
You must stop proceed to order.

[元のメッセージ非表示]

---

**木村英之** <avitwit@gmail.com>                                                    2017年7月13日 18:40
To: Lisa.M.Toscano@faa.gov

I checked my email address.
April 11,I didn't get your order.
oversea mail too. Anyway,I need more time. Then,I will go to US embassy in Japan.US embassy have FAA officer. I will talk to Nute Purdy .

2017/07/13 18:13 "木村英之" <avitwit@gmail.com>:
[元のメッセージ非表示]

---

**木村英之** <avitwit@gmail.com>                                                    2017年7月14日 19:54
To: Lisa.M.Toscano@faa.gov

Nate Purdy have a business travel in Japan.
Which address dose send back my comm certificate? Riverside FSDO?
Who does it pay cost?
Why don't you tell me?
Everybody need notice.
FAA document don't show me address.
And your dataline is very close.
I will get Japanese pilot license exam.
JCAB request FAA comm license.
It's doesn't make any sense.
No change,No time,Big penalty.
If your email delay, I don't pay any penalty.
And if I am innocent, you must pay for the cost.
Please give me more kindness.

Hideyuki Kimura
From Japan
[元のメッセージ非表示]

---

**木村英之** <avitwit@gmail.com>                                                    2017年7月17日 6:33
To: Lisa.M.Toscano@faa.gov

I want to final sugestion and final check. I suppose to you, you accept reinvestigation. You could prevent false charge. If not, you must pay any cost.  If you comence your order. You give me address. Jananese Postal need at least 3days from TKY to LA. And who does my certificate save? And how to reactivate my certificate? You should send email within 2 days.

2017/07/14 19:54 "木村英之" <avitwit@gmail.com>:
[元のメッセージ非表示]

---

**Lisa.M.Toscano@faa.gov** <Lisa.M.Toscano@faa.gov>                                 2017年7月17日 6:53
To: avitwit@gmail.com

Mr. Kimura,

My mailing address is:

FAA

Lisa Toscano, Attorney

Enforcement Division-Western Team

15000 Aviation Blvd.

Lawndale, CA  90261

[元のメッセージ非表示]

---

木村英之 <avitwit@gmail.com>                                              2017年7月19日 2:35
To: Lisa.M.Toscano@faa.gov

I repeat I am innocent.
It is false charge.
Japanese sound lab research this MP4 data.
I am looking for lawyer.
So, deadline is coming.
I will not stop until this week end.

I think you maybe don't change your mind.
If I send back my certificate, Do you hold my certificate until reexamination, right?
Which Div hold my certificate? Where is location? When do I get reexamination? Who is my examiner?
Please send back email and more kindness.

[元のメッセージ非表示]

---

木村英之 <avitwit@gmail.com>                                             2017年7月20日 12:46
To: Lisa.M.Toscano@faa.gov

I think deadline is coming.
Id like to know Which Div hold my certificate? Where is location? When do I get reexamination? Who is my examiner?
Please send back email as soon as possible.

[元のメッセージ非表示]

---

木村英之 <avitwit@gmail.com>                                             2017年7月20日 17:21
To: Lisa.M.Toscano@faa.gov

I repeat to say Who is my person in false charge ?
You are attorney.
Do you take every responsibility?
Which Div hold my certificate?
Where is location?
When do I get reexamination?
Who is my examiner?
How to recover my certificate?
When?
Please send back email as soon as possible.
I will send by EMS.

[元のメッセージ非表示]

---

木村英之 <avitwit@gmail.com>                                             2017年7月21日 2:13
To: Lisa.M.Toscano@faa.gov

Same questions

Who is my person in false charge ?
You are attorney.
Do you take every responsibility?
Which Div hold my certificate?
Until when?
Where is location?
When do I get reexamination?
Who is my examiner?
How to recover my certificate?
When can I recover my privilege?
Send back email as soon as possible.
I have rights of know.
If don't send back email, I can't send to my certificate.

2017/07/20 17:21 "木村英之" <avitwit@gmail.com>:
[元のメッセージ非表示]

木村英之 <avitwit@gmail.com>                                          2017年7月21日 11:13
To: Lisa.M.Toscano@faa.gov

**Emergency order of suspension on 2008**

CFI Brian made a mistake.
It was big mistake.
We did BIF.
I took Hood, Brian was safty pilot.
So, this flight was VFR.
However he used 4000ft from MYF to CRQ,vice versa.
I asked him, why do you use 4000ft?
He said,"Martha King fly at 4000ft on King aviation DVD."

This flight was airport check out.

We made TGL at CRQ. MYF made just full stop.

TGL should not make in CRQ.

TGL should make in MYF.

This claim is pick a fight, false charge.


**January 8 midair collision**

Inspector Wood said

The near mid-air was reported by the pilot flying the other aircraft involved.

He identified your aircraft as the other aircraft involved and air traffic control confirmed his report.

I don't have any audio radar tracking data on 1/8.

I don't have any report for 1/8.

Who made report?

When made report?

1 weak later? 1 months later? from 1/8.

This flight was almost sunset.

Engine didn't start due to battery.

We made cranking.

Then getting dusk.

I  flow over Corona FWY R15 @ Riverside FWY R91 boundary of class C.

Who is witness?

This aircraft was just C172.

How did he identify Chino's C172 or Corona's C172?

How did he identify Call sign?

This flight was almost sunset.

What type of aircraft another one?

If near, witness & another one & me were at same location on same time.

3 aircrafts maybe exist within 1 or 2nm.

If ture, I think It was ATC problem.

ATC should avoid near mid-air.

ATC should make separation 3 aircrafts before incident.

We had transponder.

When did ATC confirm his report?

I don't believe this story.

Audio Radar truck recording data is very important?

Why don't you show me data?

How to prove mid air collision only report?

**Audio data deface on January 10 @Chino airpoprt in LA**

I came back to practice area.

①We requested RWY26L left pattern direct Base,when we were reaching Paradise VOR. MP4 01/10 21:35 00(start from 1'50")

 At that time IFR traffic existed RWY26R. Close to airport. This time still ordinary.

②At fast, ATC assigned RWY26L. We got clearance to 26L. "You are No2,cleared to land." It's not "continue approach."
Closer to airport.This time still ordinary.

③Just before landing, ATC controller assigned RWY26R. Undesirable aircraft state happened.
This data is erased. MP4 data 01/10 21:37 56-00 4 seconds (start from 4'50")  ATC said "cleared to land RWY26R right patter"

④I read back ATC clearance with surprising. "make right, RWY26R right patter." This call back is erased too.
01/10 21:38z 05-13 8 seconds(5'00")   Back gound noise completely cut.
I follow this ATC Clearance. Then Cross final. It's not violation, but FAA blame me by this deface MP4 data.

⑤Than, make right turn and cross final.
Japanese passenger said "We shout cut IFR traffic on final. We go in front of them."
I didn't know why dose he say?

⑥I find another space on MP4 sound date 01/10 21:40z 20(7'15"). It's new fact.

On that time, ATC said "cleared to land runway 26R."After that,sound date was cut.

Sound cut is not only mp4 sound data 4'50",5'00"but also 7'15".
Certainly,somebody cut date on 2015/1/10.
It is clearly fact.
Please listen carefully this date and high sound volume.

I obeyed ATC clearace, But FAA don't hear me.

I requested re-investigation many times, But FAA commence order by erased data.

I don't believe your order.
How much mistake do you lost?

And I say Same questions

Who is my person in false charge ?
You are attorney.
Do you take every responsibility?
Which Div hold my certificate?
Until when?
Where is location?
When do I get reexamination?
Who is my examiner?
How to recover my certificate?
When can I recover my privilege?
Send back email as soon as possible.
I have rights of know.
If don't send back email, I can't send to my certificate.

I will go to court.
I will bring this case media.

[元のメッセージ非表示]

**木村英之** <avitwit@gmail.com>                                                2017年7月21日 18:57
To: Lisa.M.Toscano@faa.gov

Why don't you send me back?
I am in Yokohama bay Postal office.
I am going to send my certificate.
I don't take any responsibility about any delay, sending trouble.
I ask for US embassy representative.
But he dosent work for me.
Anyway I don't pay any penalty.
Must give me notice concerning this case.
Send back email.

2017/07/21 11:13 "木村英之" <avitwit@gmail.com>：

[元のメッセージ非表示]



IMG_20170721_185426.jpg
2665K

**木村英之** <avitwit@gmail.com>                                                2017年7月21日 19:15
To: Lisa.M.Toscano@faa.gov

I sent my certificate to LA 18:54.
It is very important things.
Innocent person sent certificate by false order.
I requested reinvestigation again and again.
We got new fact.
I get Aviation lawyer.
See you court.

2017/07/21 18:57 "木村英之" <avitwit@gmail.com>：

[元のメッセージ非表示]

**Lisa.M.Toscano@faa.gov** <Lisa.M.Toscano@faa.gov>                             2017年7月22日 2:51
To: avitwit@gmail.com

Mr. Kimura,


Thank you.

[元のメッセージ非表示]

**木村英之** <avitwit@gmail.com>                                                2017年7月22日 15:09
To: Lisa.M.Toscano@faa.gov

Yesterday, I sent certificate from
Japan Postal Yokohama Bay officia.
I attach few package shots.
I am afraid about sending trouble or delay.
I ask for  you stop penalty.

2017/07/22 2:51 <Lisa.M.Toscano@faa.gov>：

[元のメッセージ非表示]

**添付ファイル 4 件**

IMG_20170721_152453.jpg
2572K





**IMG_20170721_185811.jpg**
2879K



**IMG_20170721_185848.jpg**
2767K



**IMG_20170721_185426.jpg**
2665K

---

**木村英之 <avitwit@gmail.com>**                                        2017年7月24日 1:26
To: Lisa.M.Toscano@faa.gov

    I am checking my certificate by tracking application.
Tracking Post show me my certificate status.
2017/07/22 21:09 US Costam Tax Office check my certificate at USLAX.
You receive my certificate, give me notice as soon as possible.

2017/07/22 15:09 "木村英之" <avitwit@gmail.com>:
[元のメッセージ非表示]

---

**木村英之 <avitwit@gmail.com>**                                        2017年7月24日 23:35
To: Lisa.M.Toscano@faa.gov

    I sent my certificate July 21.
I attached some photos as evidence of sending.
I don't take any responsibility for this sending.
Id like to get your promise.
Don't you take any penalty?
You should say YES.
Please send me email as soon as possible.

And Id like to re-investigation for this case.
At fast, Audio Radar Tracking MP4 erased space 2016 January 10.
It is clearly cut data.
You will investigate as soon as possible too.

Thank you

2017/07/24 1:26 "木村英之" <avitwit@gmail.com>:

[元のメッセージ非表示]

---

**Lisa.M.Toscano@faa.gov** <Lisa.M.Toscano@faa.gov>                    2017年7月25日 0:55
To: avitwit@gmail.com

Mr. Kimura,

Thank you.  I will give you notice as soon as possible once I receive the certificate.

[元のメッセージ非表示]

---

**木村英之** <avitwit@gmail.com>                                       2017年7月25日 1:15
To: Lisa.M.Toscano@faa.gov

I am checking my certificate by tracking application.
Tracking Post said same my certificate status.
Nothing change 2017/07/22 21:09 US Costam Tax Office check my certificate at USLAX.
Please try to call US Costam Tax Office at USLAX.

2017/07/25 0:55 <Lisa.M.Toscano@faa.gov>:
[元のメッセージ非表示]

---

**木村英之** <avitwit@gmail.com>                                       2017年7月25日 1:35
To: Lisa.M.Toscano@faa.gov

I asked for US embassy NatePurdy on July21.
He didn't work for me.
You sent your address.
FAA
Lisa Toscano, Attorney
Enforcement Division-Western Team
15000 Aviation Blvd.
Lawndale, CA  90261
So, I sent EMS package by Japan Postal.
I am afraid about sending trouble, delay.
I need your definite promise.
I can't pay 1437 a day.

2017/07/25 1:15 "木村英之" <avitwit@gmail.com>:
[元のメッセージ非表示]

---

**木村英之** <avitwit@gmail.com>                                       2017年7月25日 2:00
To: Lisa.M.Toscano@faa.gov

This call log is July21
I made phone call many times.
And I sent email.
Please believe me.

2017/07/25 1:35 "木村英之" <avitwit@gmail.com>:
[元のメッセージ非表示]

---

**添付ファイル 3 件**



**Screenshot_2017-07-21-17-48-21.png**
173K

**Screenshot_2017-07-21-17-47-59.png**
190K



  **Screenshot_2017-07-21-17-48-05.png**
196K

---

**Lisa.M.Toscano@faa.gov** <Lisa.M.Toscano@faa.gov>                2017年7月25日 2:09
To: avitwit@gmail.com

[元のメッセージ非表示]

---

**木村英之** <avitwit@gmail.com>                                   2017年7月25日 2:22
To: Lisa.M.Toscano@faa.gov

NatePurdy mail logs

I wait July21 by his mail.
I called and sent email on July21.
But he didn't work for me.
He said contact you.
And deadline 27 has come.
I sent July21.

2017/07/25 2:09 <Lisa.M.Toscano@faa.gov>:
[元のメッセージ非表示]

---

**添付ファイル 2 件**

  **Screenshot_2017-07-22-07-13-33.png**
136K

**Screenshot_2017-07-25-02-12-12.png**
148K

---

**Lisa.M.Toscano@faa.gov** <Lisa.M.Toscano@faa.gov>                2017年7月25日 2:32
To: avitwit@gmail.com

[元のメッセージ非表示]

**木村英之** <avitwit@gmail.com>                                                                         2017年7月25日 2:43
To: Lisa.M.Toscano@faa.gov

Tracking Post screenshot

2017/07/25 2:33 <Lisa.M.Toscano@faa.gov>:

[元のメッセージ非表示]

 **Screenshot_2017-07-25-02-42-24.png**
141K

---

**Lisa.M.Toscano@faa.gov** <Lisa.M.Toscano@faa.gov>                                                     2017年7月25日 2:54
To: avitwit@gmail.com

Mr. Kimura,

I think that you will need to follow up with "EMS", the courier service you paid 2,000 yen for the express delivery.  I cannot read the
tracking post.  Please request EMS to provide the contact information for where the package was delivered at LAX.

[元のメッセージ非表示]

---

**木村英之** <avitwit@gmail.com>                                                                         2017年7月25日 3:05
To: Lisa.M.Toscano@faa.gov

screenshot

Data
2017/07/22 21:09

Delivered
税関検査のため税関へ提示
US Costam Tax Office

Office name
USLAXA

Country code
USA

2017/07/25 2:54 <Lisa.M.Toscano@faa.gov>:

[元のメッセージ非表示]

---

**Lisa.M.Toscano@faa.gov** <Lisa.M.Toscano@faa.gov>                                                     2017年7月25日 3:36
To: avitwit@gmail.com

Mr. Kimura,

I think that you will need to follow up with "EMS", the courier service you paid 2,000 yen for the express delivery.  Please request EMS to
provide the contact information for where the package was delivered at LAX.

[元のメッセージ非表示]

---

**木村英之** <avitwit@gmail.com>                                                                         2017年7月25日 5:24
To: Lisa.M.Toscano@faa.gov

I can't hold my certificate any longer.
I can't pay for any penalty.
I don't believe your order.
I don't believe your penalty.
Audio data was cut.
It is false order.
It is false charge.
1 day $1437
It is too expensive for everyone.
If my certificate don't reach, I can't hold my certificate.
Because I don't pay any penalty.
Deadline is July 27.

2017/07/25 3:36 <Lisa.M.Toscano@faa.gov>:
[元のメッセージ非表示]

---

**Lisa.M.Toscano@faa.gov** <Lisa.M.Toscano@faa.gov>                                2017年7月25日 5:33
To: avitwit@gmail.com

[元のメッセージ非表示]

---

**木村英之** <avitwit@gmail.com>                                                   2017年7月25日 8:51
To: Lisa.M.Toscano@faa.gov

I called Japan Postal Yokohama Bay Office on 8:30.
They research my package.
By case, my package return from LAX to Japan.
If They need much time, please stop penalty.

2017/07/25 5:33 <Lisa.M.Toscano@faa.gov>:
[元のメッセージ非表示]

---

**木村英之** <avitwit@gmail.com>                                                   2017年7月25日 10:47
To: Lisa.M.Toscano@faa.gov

Japan Postal Yokohama Bay Office called US Costam.
US Costam have suport line.
800-222-1811

And somebady call Lawndale post office, receive my package in
Lawndale post office.

I ask Why my package stop at LAX Costam.
They don't know why?

By case, my package return from LAX to Japan.

please call 800-222-1811 and Lawndale post office.

---

**木村英之** <avitwit@gmail.com>                                                   2017年7月25日 14:53
To: Lisa.M.Toscano@faa.gov

USPS Tracking Tool

My Tracking No
EF619296839JP        screenshot

You call US Costam LAX office.
You should take sending info.

2017/07/25 10:47 "木村英之" <avitwit@gmail.com>:
[元のメッセージ非表示]

---

 **Screenshot_2017-07-25-14-48-19.png**
125K

---

**木村英之** <avitwit@gmail.com>                                                   2017年7月25日 14:58
To: Lisa.M.Toscano@faa.gov

Tracking Tool

2017/07/25 14:53 "木村英之" <avitwit@gmail.com>:

[元のメッセージ非表示]


**Screenshot_2017-07-25-14-55-34.png**
123K

---

**木村英之** <avitwit@gmail.com>                                    2017年7月25日 15:22
To: Lisa.M.Toscano@faa.gov

If my package stop US Costam, it is inspection.
My package is just certificate.
Nothing tax, Nothing dangerous.
US Costam don't need more time.
Please call to US Costam at LAX as soon as possible.

2017/07/25 14:58 "木村英之" <avitwit@gmail.com>:

[元のメッセージ非表示]

---

**木村英之** <avitwit@gmail.com>                                    2017年7月25日 17:24
To: Lisa.M.Toscano@faa.gov

LAX and Lawndale is very close.
Do you go to US Costam at LAX as recipient?
You open my package in front of US　Costam inspecter tomorrow.
Please save my certificate as soon as possible.

2017/07/25 15:22 "木村英之" <avitwit@gmail.com>:

[元のメッセージ非表示]

---

**木村英之** <avitwit@gmail.com>                                    2017年7月25日 20:37
To: Lisa.M.Toscano@faa.gov

USPS Tracking tool show me status.
Out of Costam

2017/07/25 17:24 "木村英之" <avitwit@gmail.com>:

[元のメッセージ非表示]


**Screenshot_2017-07-25-20-35-21.png**
115K

---

**木村英之** <avitwit@gmail.com>                                    2017年7月26日 2:52
To: Lisa.M.Toscano@faa.gov

USPS Tracking tool show me status.
arrived at Lawndale post office.

2017/07/25 20:37 "木村英之" <avitwit@gmail.com>:

[元のメッセージ非表示]


**Screenshot_2017-07-26-01-41-33.png**
129K

---

**木村英之** <avitwit@gmail.com>                                    2017年7月26日 6:08
To: Lisa.M.Toscano@faa.gov

USPS Tracking tool show me status.

2017/07/26 2:52 "木村英之 <avitwit@gmail.com>:

[元のメッセージ非表示]

 **Screenshot_2017-07-26-06-07-42.png**
144K

---

**Lisa.M.Toscano@faa.gov** <Lisa.M.Toscano@faa.gov>                                                                  2017年7月26日 7:17
To: avitwit@gmail.com

Mr. Kimura,

I received your voice mail messages.  I will request a check with USPS Lawndale.

Thank you.

Lisa M. Toscano

FAA Enforcement Attorney

Western Team

(310) 725-7110

**From:** 木村英之 [mailto:avitwit@gmail.com]
**Sent:** Tuesday, July 25, 2017 2:08 PM
**To:** Toscano, Lisa M (FAA)
**Subject:** RE: FW: FAA Case No. 2017WP210003

USPS Tracking tool show me status.

[元のメッセージ非表示]

---

**木村英之** <avitwit@gmail.com>                                                                  2017年7月26日 7:24
To: Lisa.M.Toscano@faa.gov

Thank you for email.
I made phone call few minites ago.
Postal officer said maybe deliver my certificate soon.
Anyway, please check my certificate status.
And give me notice.

2017/07/26 7:17 <Lisa.M.Toscano@faa.gov>:
[元のメッセージ非表示]

---

**木村英之** <avitwit@gmail.com>                                                                  2017年7月26日 10:34
To: Lisa.M.Toscano@faa.gov

Delivered
Please give me definite promise.

2017/07/26 7:24 "木村英之" <avitwit@gmail.com>:
[元のメッセージ非表示]

---

**添付ファイル 2 件**

**Screenshot_2017-07-26-10-30-46.png**

 141K



**Screenshot_2017-07-26-10-33-34.png**
141K

---

木村英之 <avitwit@gmail.com>                                                    2017年7月26日 10:38
To: Lisa.M.Toscano@faa.gov

I will give you notice as soon as possible once I receive the certificate.

My certificate was delivered.
Please give me definite promise and stop penalty.

2017/07/26 10:34 "木村英之" <avitwit@gmail.com>:

[元のメッセージ非表示]

---

木村英之 <avitwit@gmail.com>                                                    2017年7月26日 15:57
To: Lisa.M.Toscano@faa.gov

Package was delivered.
You received my certificate.
Nothing problem.
Nothing penalty.
You should make me notice.
It is very important things.
I am afraid about any trouble, delay.
And I am innocent.
Id like to talk about reinvestigation and recover.
I made phone call and just leave my message.
You should explain why didn't you make notice.
I worry about my certificate.
Please more kindness.

2017/07/26 10:38 "木村英之" <avitwit@gmail.com>:

[元のメッセージ非表示]

---

木村英之 <avitwit@gmail.com>                                                    2017年7月26日 21:13
To: Lisa.M.Toscano@faa.gov

I repeat.
USPS delivered my certificate.
You said give me notice.
Please give me notice without penalty.

2017/07/26 15:57 "木村英之" <avitwit@gmail.com>:

[元のメッセージ非表示]



**Screenshot_2017-07-26-21-09-00.png**
118K

---

木村英之 <avitwit@gmail.com>                                                    2017年7月27日 0:59
To: Lisa.M.Toscano@faa.gov

You said
I will give you notice as soon as possible once I receive the certificate.
I am afraid about penalty.
I will call 9am sharp.
Please give me notice.

2017/07/26 21:13 "木村英之" <avitwit@gmail.com>:

[元のメッセージ非表示]

---

**Lisa.M.Toscano@faa.gov** <Lisa.M.Toscano@faa.gov>                                        2017年7月27日 1:44
To: avitwit@gmail.com

Mr. Kimura,


My office just received your mail, which included your surrendered commercial pilot certificate 2517357.  After your telephone call just a few minutes ago, I went to my office's main reception who had just received your mail.

[元のメッセージ非表示]

---

**木村英之** <avitwit@gmail.com>                                        2017年7月27日 1:50
To: Lisa.M.Toscano@faa.gov

Thank you Lita
My certificate arrived at your office within Deadline.
I avoid the imposition of any monetary penalty.
Please give me reply email.

2017/07/27 1:44 <Lisa.M.Toscano@faa.gov>:
[元のメッセージ非表示]

---

**Lisa.M.Toscano@faa.gov** <Lisa.M.Toscano@faa.gov>                                        2017年7月27日 2:01
To: avitwit@gmail.com

Mr. Kimura,


I have received your below email.  Yes, you avoid penalty.

[元のメッセージ非表示]

---

**木村英之** <avitwit@gmail.com>                                        2017年7月27日 2:10
To: Lisa.M.Toscano@faa.gov

Thank you for avoid penalty
Id like to reinvestigate about this case.
And one more, how to recover my certificate.
As far as I am, I am innocent.
Please explain more details.

sincerely

2017/07/27 2:01 <Lisa.M.Toscano@faa.gov>:
[元のメッセージ非表示]

---

**Lisa.M.Toscano@faa.gov** <Lisa.M.Toscano@faa.gov>                                        2017年7月27日 3:19
To: avitwit@gmail.com

Mr. Kimura,


Please see the attached acknowledgment letter.  Your Commercial Pilot Certificate is under suspension and will remain suspended until such time as you present yourself for the requested re-examination and your qualifications can be established.

[元のメッセージ非表示]

---

 **SecureZIP Attachments.zip**

53K

---

**木村英之** <avitwit@gmail.com>                                                     2017年7月29日 2:58
To: Lisa.M.Toscano@faa.gov

Thank you for avoid penalty

I have a lot of questions in this case.
Today, just one question.
January 8 mid air collision.

Inspector Wood said
The near mid-air was reported by the pilot flying the other aircraft involved.  He identified your aircraft as the other aircraft involved and air
traffic control confirmed his report.

Whose report ?
I didn't get any information.
Who is they?
What is call sign?
What kind of aircraft?
Which direction do they go?

Mid air collision happened January
8 2016.
When did you receive their report?
next day? One week after? Month?
Data is very important.

Please give me this report info.
If OK, give me this report itself.

Thank you

2017/07/27 3:19 <Lisa.M.Toscano@faa.gov>:

[元のメッセージ非表示]

---

**Lisa.M.Toscano@faa.gov** <Lisa.M.Toscano@faa.gov>                               2017年7月29日 4:28
To: avitwit@gmail.com

Mr. Kimura,

I attach two reports:  Preliminary Near Midair Collision Report and the Preliminary Pilot Deviation Report.  If you have any further
questions, please let me know.

[元のメッセージ非表示]

 **SecureZIP Attachments.zip**
2167K

---

**木村英之** <avitwit@gmail.com>                                                     2017年7月29日 7:41
To: Lisa.M.Toscano@faa.gov

Thank you for email

I check your preliminary report.
Can I watch Audio and Radar tracking data on January 8?
If not, how to confirm ATC controller this report.
If not, your inspector make order by only witness report without  Audio and Radar tracking data.
Which ATC controller confirm Preliminary Near Midair Collision Report and the Preliminary Pilot Deviation Report?
Same controller?

Inspector Wood said my transponder was off.
If so, Why didn't ATC controller check transponder and why didn't controller make ATC clearance or ATC advice?
If he check transponder, we avoid Near Midair Collision.
I think it's a ATC Tower issue.
Inspector didn't make interview from me.
Anyway, I didn't remember this collision.

Please reply my questions.

Thank you

[元のメッセージ非表示]

---

**木村英之** <avitwit@gmail.com>                                            2017年8月1日 15:40
To: Lisa.M.Toscano@faa.gov

Thank you for report

Today, just one question.
Do you have Audio and Radar Tracking data for January 8 2016 ?
If any, Please send me these data.

Thank you

2017/07/29 7:41 "木村英之" <avitwit@gmail.com>:
[元のメッセージ非表示]

---

**木村英之** <avitwit@gmail.com>                                            2017年8月2日 21:04
To: Lisa.M.Toscano@faa.gov

What is wrong with you?
I sent to email with one question.
But I don't receive your reply.

I confirmed report, data, location and Facility manager.
I was in CNO January 8, Nick Petel reported January 9, just after 1 day.
Why don't have Audio Radar data?
FAA set up Shelf-life of any Audio Radar Tracking data.
Who is responsible person for this Audio Radar Tracking data?
Why did you discard very important data?
Who? What is authority, rule?
FAA made decision only reports without physical evidence.
Destraction of evidence ?
What do you think?
And I found name Brian Johnson, Brian Schimpf.
They made comments January 8, January 10 both.
They made up something, they deceive me. It's eazy.
I request your reply why didn't you save Audio data?
Inspector Wood said there is no data on January 8.

Please send me email.
thank you

2017/08/01 15:40 "木村英之" <avitwit@gmail.com>:
[元のメッセージ非表示]



**Screenshot_2017-08-02-17-48-39.png**
248K

---

**木村英之** <avitwit@gmail.com>                                            2017年8月8日 1:02
To: Lisa.M.Toscano@faa.gov

How is your weekend?
I repeat same massage.
I request to investigate again.
I sent to email with one question for reinvestigation.

I confirmed data, location and Facility manager on your report.
I was in CNO January 8, Nick Petel reported January 9, just after 1 day.

Why don't have Audio Radar data?
FAA set up Shelf-life of any Audio Radar Tracking data.
Who is responsible person for this Audio Radar Tracking data?
Why did you discard very important data?
Who did discard?
What is authority, rule?
FAA made decision only reports without physical evidence.
Is this Destraction of evidence ?
What do you think?
And I found name Brian Johnson, Brian Schimpf.
They made comments January 8, January 10 both.
They planed to make up something, they deceive me eazily.
I request your reply why didn't you save Audio data?
Inspector Wood said there is no data on January 8.

You should give me reply for January 8 data.
Please send me email.
thank you

> Mr. Kimura,

[元のメッセージ非表示]

---

**Lisa.M.Toscano@faa.gov** <Lisa.M.Toscano@faa.gov>                                    2017年8月8日 2:08
To: avitwit@gmail.com

Mr. Kimura,


The April 11, 2017, Emergency Order of Suspension is final.  Your Commercial Pilot Certificate No. 2517357 remains suspended until such time as you are successfully re-examined and you are notified in writing that you are qualified to hold a commercial pilot certificate.  Please see the August 2, 2016, letter to you requesting you to submit to re-examination of your competency to hold your pilot certificate.  The re-examination is to consist of flight maneuvers and will include the knowledge and skill necessary to be the holder of a commercial pilot certificate with emphasis on your ability to read, speak, write, and understand the English language.

[元のメッセージ非表示]

---

**木村英之** <avitwit@gmail.com>                                                         2017年8月8日 4:18
To: Lisa.M.Toscano@faa.gov

I understand reexamination.
But I  request to reinvestigate for my disposition.
It is false charge.
I have to prove my innocent .
Tofhis order is very dishonor.
I have a right of recover my honor.
I have doubt destraction of data by ATC.
You must prove nothing destraction.
So, you should give me January 8 Audio Radar Tracking data.
If not, you show me why data destroy?
FAA must be a fair and neutral.
You must show me evidence.
Please send me my questions answer.
2017/08/08 2:08 <Lisa.M.Toscano@faa.gov>:
[元のメッセージ非表示]

---

**木村英之** <avitwit@gmail.com>                                                         2017年8月8日 13:43
To: Lisa.M.Toscano@faa.gov

I repeat.
I  request to reinvestigate for my disposition.
It is false charge.
I have to prove my innocent .
This order is very dishonor.
I have a right of recover my honor.
I have doubt destraction of data by ATC.
You must prove nothing destraction.
So, you should give me January 8 Audio Radar Tracking data.
If not, you show me why data destroy?
FAA must be a fair and neutral.
You must show me evidence.
Please send me my questions answer.

2017/08/08 4:18 "木村英之" <avitwit@gmail.com>:

[元のメッセージ非表示]

---

**木村英之** <avitwit@gmail.com>                                                    2017年8月11日 3:09
To: Lisa.M.Toscano@faa.gov

I repeat again.

I  request to reinvestigate for my disposition.
It is false charge.
I have to prove my innocent .
This order is very dishonor.

I have a right of recover my honor.
I have doubt destraction of data by ATC.
You must prove nothing destraction.
So, you should give me January 8 Audio Radar Tracking data.
If not, you show me why data destroy?
FAA must be a fair and neutral.
You must show me evidence.
At fast, you should reply January 8 Audio Radar Tracking data exist or not.
Please send me my questions answer.

2017/08/08 13:43 "木村英之" <avitwit@gmail.com>:

[元のメッセージ非表示]

---

**Lisa.M.Toscano@faa.gov** <Lisa.M.Toscano@faa.gov>                                  2017年8月11日 5:45
To: avitwit@gmail.com

Mr. Kimura,


The April 11, 2017, Emergency Order of Suspension provided you with the opportunity to challenge the emergency determination and to appeal the order of suspension.  You did not appeal the April 11, 2017, Emergency Order of Suspension.  Thus, the April 11, 2017, Emergency Order of Suspension is now final and you have no further right of appeal or challenge.  I will not respond to your email communications requesting re-investigation of your pilot operations of January 8, 2016 and January 10, 2016.  Your Commercial Pilot Certificate No. 2517357 remains suspended until such time as you are successfully re-examined and you are notified in writing that you are qualified to hold a commercial pilot certificate.

If you would like to speak or communicate with my supervisor, his name is Adam Runkel.  His telephone number is (425) 227-2914.  His email address is Adam.Runkel@faa.gov.

[元のメッセージ非表示]

---

**木村英之** <avitwit@gmail.com>                                                    2017年9月13日 0:30
To: Lisa.M.Toscano@faa.gov

I sent to Adam Rankel same email.

I have been waiting a few weeks.
I don't receive his reply.
In this time, my question is very simple about 2016 January 8 Audio and Radar Tracking data.
You have to save Audio Radar Tracking data.
Audio Radar Tracking data has a shelf life.
Why did you discord this Audio Radar Tracking data?
Who did?
What is rule?
I have a right of know.
Please send me clearly answer.

P.S. I think you are person in responsibility.
Because you made order WP210003 with your signature.
If you don't have responsibility, why you signed off?
Please talk to me clearly fact.

[元のメッセージ非表示]



**Kimura followup 07 07 2017_Redacted.pdf**
1252K

木村英之 <avitwit@gmail.com>                                                    2017年10月10日 0:42
To: Lisa.M.Toscano@faa.gov

Mis.Lita

I sent to Adam Rankel for reinvestigation.

But he said below this.


Mr. Kimura,


<mark>Your opportunity to contest this matter has passed. We will lift the suspension of your certificate after you successfully pass an FAA reexamination, pursuant to the Order. I will not respond to additional emails from you regarding the merits of this case.</mark>


Adam Runkel, Manager

FAA, Office of the Chief Counsel

Enforcement Division- Western Team

(425) 227-2914 / Fax (310) 725-6816


I think you are person in responsibility.

Because you made order WP210003 with your signature.

I'd like to open case for Formal objection Case No2017WP210003.

I am looking for Aviation Lawyer.

They maybe busy right now.

If possible, tell me how to open case.

I will obey these legal procedure.

Please politely response.

thank you

[元のメッセージ非表示]

 **Gmail**

木村英之 <avitwit@gmail.com>

---

## FAA Case No. 2017WP210003

13 件のメッセージ

---

**木村英之 <avitwit@gmail.com>**                                           2017年8月14日 11:40
To: Adam.Runkel@faa.gov

I sent email about my case to Lisa M. Toscano FAA Enforcement Attorney Western Team.
This case is false charge.
I requested to reinvestigate for my disposition.
Lisa M. Toscano FAA Enforcement Attorney didn't work until last week.
Then, she handed off another supervisor.
I have to read twice same things for you.
I explained many times for destroy data, erased data by ATC.
I have to prove my innocent.
This order is very dishonor.
I have a right of recover my honor.
So, I ask for analysis this MP4 data by some sound lab, sound specialist.
I attach this MP4 data, listen carefully and high sound volume.
This data have silent space 4'50",5'00",7'15".
It was erased data on January 10 2016.

And I requested again and again January 8 2016 Audio and Radar Tracking data.
Inspector said there is no data on January 8 2016.
Why did you destroy that Audio data?
Who did destroy?
What is rule?
You ordered by just report, nothing Audio data, nothing physical evidence.

Please send back answers for January 10 cut data and January 8 data destroy.
Thank you

---

📄 **Audio and Radar Tracking Recordings.mp4**
　　11179K

---

**Adam.Runkel@faa.gov <Adam.Runkel@faa.gov>**                            2017年8月15日 7:00
To: avitwit@gmail.com

Mr. Kimura,

I am Ms. Toscano's supervisor.

The attached Emergency Order of Suspension was issued since you have failed to submit to a reexamination of your competency to hold a pilot certificate as requested by the Riverside FSDO on April 2, 2016. You did not appeal that order and the order has now become final.

The EIR in this case establishes that the FAA has a reasonable basis to question your qualifications to hold an airman pilot certificate as the result of two pilot deviations on January 8, 2016 and January 10, 2016.

You must surrender your certificate to our office until such time that you reestablish your qualifications.

Sincerely,


Adam Runkel, Manager
FAA, Office of the Chief Counsel

Enforcement Division- Western Team
(425) 227-2914 / Fax (310) 725-6816

IMPORTANT: This message, including any attachments, is intended solely for specific recipients. If you are not an intended recipient of this communication, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  This message may be confidential, an attorney-client communication, part of the agency's deliberative process, or attorney work product and must not be forwarded or otherwise shared without express permission.  If you have received this e-mail in error, please notify me by e-mail or telephone, discard any paper copies and delete all electronic files of this e-mail.

[元のメッセージ非表示]

 **Kimura EOS_2017_08_14_10_51_29_368.pdf**
1382K

---

**木村英之** <avitwit@gmail.com>                                                               2017年8月16日 6:11
To: Adam.Runkel@faa.gov

You must surrender your certificate to our office until such time that you reestablish your qualifications.

I received your order 2017WP210003.(attched)
I sent my certificate to Lisa Toscano until July 27.
You check screen shot LTmail.png.(attachd)
Lisa Toscano orderd by her responsibility.
Why did you change person in responsibility?
Who is my person?
I think you should communicate with your stuff.

My certificate is very important privilege.
It is very important matter.
Somebody cut ATC data.
It is false charge and extremely dishonor.
I have to clear bat situation.
I requested to re-investigate many times before April 2 2016.
I found erased data on your Audio Radar Tracking MP4 data.
Some sound specialist analyze this eased data.
You should investigate again for this erased data as a legal officer.
If not, I will send to NTSB.
Please check again MP4 data.

P.S. I don't have any US visa. If I will take re-examination, you give me some arrangement for my visa support.

[元のメッセージ非表示]

**添付ファイル 3 件**



LTmail.png
60K

 **Kimura followup 07 07 2017_Redacted.pdf**
1252K

**Audio and Radar Tracking Recordings.mp4**
11179K

---

**Adam.Runkel@faa.gov** <Adam.Runkel@faa.gov>                                            2017年8月16日 6:46
To: avitwit@gmail.com

Mr. Kimura,


I followed up with Ms. Toscano and she confirmed that you surrendered your certificate.


We cannot provide you with assistance to obtain a visa to come to the U.S. It is your responsibility to travel to the U.S. to take a reexam, and until you reestablish your qualifications your certificate will remain in a suspended status.

Your claims regarding erased data do not support your case. You had two pilot deviations in the span of several days with the last one interfering with the operation of several other aircraft. That fact alone gives the FAA reason to question your qualifications.

[元のメッセージ非表示]

---

**木村英之 <avitwit@gmail.com>**                                                2017年8月28日 14:13
To: Adam.Runkel@faa.gov

I received your email.
You said "You had two pilot deviations in the span of several days"

I said again and again.
 These two deviations were fake. In addition, 2008 event was deception too.
2016 January 8, Just report, nothing Audio Radar Tracking data.
2016 January 10, There are Three silent space. Audio Radar Tracking data were erased.
Both events confirmed Brian Johnson and Brian Schimpf on  2016 January 14.

2016 January 8, if you don't have Audio Radar Tracking data, How to confirm this mid air collision?
Why did you discord this Audio Radar Tracking data?
Who did?
What is rule?

Then, 2016 January 10, Audio data were erased.
4'50" 5'00" 7'15" completely erased.
It is not competent evidence.
You decided order without physical evidence.
I appealed a lot of times, but nobody re-investigate.
And some sound analyst research this Audio data.
If they find another new fact, you must pay for something.
Please listen MP4 data carefully and high sound volume.

[元のメッセージ非表示]

---

📄 **Audio and Radar Tracking Recordings.mp4**
11179K

---

**木村英之 <avitwit@gmail.com>**                                                2017年9月13日 0:10
To: Adam.Runkel@faa.gov

I have been waiting a few weeks.
I don't receive your reply.
My question is very simple about 2016 January 8.
You have to save Audio Radar Tracking data.
Audio Radar Tracking data has a shelf.

Why did you discord this Audio Radar Tracking data?
Who did?
What is rule?
[元のメッセージ非表示]

---

**木村英之 <avitwit@gmail.com>**                                                2017年9月13日 0:15
To: Adam.Runkel@faa.gov

I have been waiting a few weeks.
I don't receive your reply.
In this time, my question is very simple about 2016 January 8 Audio and Radar Tracking data.
You have to save Audio Radar Tracking data.
Audio Radar Tracking data has a shelf life.
Why did you discord this Audio Radar Tracking data?
Who did?
What is rule?
I have a right of know.
Please send clearly answer.

P.S. I will send to  Lisa Toscano.
Because she made order WP210003 with her signature.
[元のメッセージ非表示]

**Adam.Runkel@faa.gov** <Adam.Runkel@faa.gov>
To: avitwit@gmail.com
2017年9月13日 0:34

Mr. Kimura,

Your opportunity to contest this matter has passed. We will lift the suspension of your certificate after you successfully pass an FAA reexamination, pursuant to the Order. I will not respond to additional emails from you regarding the merits of this case.

[元のメッセージ非表示]

---

木村英之 <avitwit@gmail.com>
To: Adam.Runkel@faa.gov
2017年11月1日 19:11

I sent to LIsa Toscano same email.

I told to acoustic analysts and a few digital forensics companies.
They proved nothing data on your MP4 Audio Radar Tracking files.
These is no sound data on MP4 files.
I think this MP4 data have no admissibility evidence.
This MP4 data have no more legal basis.
It's new fact.
New fact have a power of re-investigation.
You should research this MP4 data.
You should recover my privileges.
You should reply on my emails.

P.S. Please listen more carefully on MP4
Everybody say no data, no sound, no voice.
[元のメッセージ非表示]

📄 **Audio and Radar Tracking Recordings.mp4**
11179K

---

木村英之 <avitwit@gmail.com>
To: Adam.Runkel@faa.gov
2017年11月7日 11:11

I have been waiting a whole week.
Why didn't you send email for me? Lisa Toscano too.
I repeat that acoustic analysts and a few digital forensics companies proved nothing data on your MP4 Audio Radar Tracking files. These is no sound data on MP4 files.
I think this MP4 have no admissibility evidence, no capability of evidence.
This MP4 data have no more legal basis.

It's new fact.
New fact have a power of re-investigation.
You should research this MP4 data.
You should recover my privileges.
You should reply on my emails.

P.S. Please listen more carefully on MP4
Everybody say no data, no sound, no voice.
[元のメッセージ非表示]

---

木村英之 <avitwit@gmail.com>
To: Adam.Runkel@faa.gov
2017年11月14日 19:06

I repeat again and again.
Acoustic analysts and a few digital forensics companies proved nothing data on your MP4 Audio Radar Tracking file.
It is very important things.
These is no sound data on MP4 file.
I think this MP4 have no admissibility evidence, no capability of evidence.
This MP4 data have no more legal basis.

It's false charge.
It's crime research.
Why don't you reply?
I found new evidence.
I think it's problem of officer's responsibility.
You must send me email as soon as possible.
[元のメッセージ非表示]

---

木村英之 <avitwit@gmail.com>
2018年1月19日 18:36

To: Adam.Runkel@faa.gov

I have been waiting for reopen case.
I sent email to Lisa  Toscono last year, then new year.
We have new evidences.
Your MP4 data have 3 silent spot.
Somebody erased data.

2 Years is very long time.
You should reopen case and re-investigate for physical evidence.
I repeat that recover certificate and privileges.
so, I explain reason for reopen case.

January 8
Anthony Wood FAA inspector.
He said below underline.

"There is no radar data to provide to you for the event on January 8,2016."

At fast, You didn't have January 8 Audio and Radar Tracking Data.
You didn't have physical evidence.
Why did you dispose me?
It is apparently for lack sufficient evidence.
I repeat to say January 8 data is nothing from the beginning.

January 10
Anthony Wood FAA inspector.
He said below underline too.

"The audio tape is the original audio tape and nothing has been deleted or edited."

4 or more  Japanese sound specialist include digital forensics companies proved nothing data on your MP4 Audio Radar Tracking file.
These is no sound data on MP4 file.
This MP4 have no admissibility evidence, no capability of evidence.
This MP4 data have no more legal basis.
So, your disposition is nothing legal basis.
It is completely for lack sufficient evidence too.

Two incidents have two evidences.
Both evidences are nothing capabilities.
You lost legal basis.
Your order is no more effective.
Recover my certificate and my privileges as soon as possible.
[元のメッセージ非表示]

---

**Adam.Runkel@faa.gov** <Adam.Runkel@faa.gov>                                      2018年1月25日 0:39
To: avitwit@gmail.com
Cc: Lisa.M.Toscano@faa.gov

Mr. Kimura,


The only way you can get us to lift the suspension of your certificate is to comply with the terms of the Emergency Order and successfully pass a reexamination given by an FAA inspector.  Once you do that, the Emergency Order of Suspension will be terminated.  In addition, this case does not constitute a violation on your airman record and will be expunged after you pass the reexamination.  However, you must comply with the requirement to be reexamined and pass before your privileges will be restored.


You appear to be insisting that I take some kind of action. I have advised you on several occasions as clearly as I can that I have determined the Emergency Order was issued appropriately, that it is final, and that you must comply with the Order before the suspension will be lifted.


Neither I nor Mrs. Toscano will respond to your repeated demands, since the only action left is for you to take a reexamination in compliance with the Order.


Sincerely,



Adam Runkel, Manager
FAA, Office of the Chief Counsel

Enforcement Division- Western Team
(425) 227-2914 / Fax (425) 227-1007

Starting March 26, 2018, my new phone number is (206) 231-2140

[元のメッセージ非表示]

[元のメッセージ非表示]